```
PATIENT NO:        140198816   HCA FL N FLORIDA HOSP    BILLING DATE   PAGE   1    00039
MED REC NO:          806260    6500 NEWBERRY ROAD         10/23/22
GUARANTOR NO:
PATIENT:                       GAINESVILLE                   FL 326054309    ADMITTED    DISCHARGED
MORRISSEY THOMAS JOSEPH                                                      10/19/22    10/19/22

PAY TO ADDRESS:      HCA FL N FLORIDA HOSP
                     P.O. BOX 406407
                     ATLANTA
                     GA 303846407

BILL TO:
     MORRISSEY THOMAS JOSEPH           EMERGENCY                    FC=99
          88TH CT                      ADMIT THRU DISCHARGE CLAIM
     GAINESVILLE      FL
     32608

DATE OF   BATCH    F      NDC/CPT-4/
SERVICE   REF   DEPT S PROC   HCPCS          QTY SERVICE DESCRIPTION    CHARGES


   258-I V SOLUTIONS
101922 19B297  0716   916800   J7050          1 NS 100 ML                591.09
                                                SUBTOTAL:               591.09
   272-STERILE SUPPLY
101922 19B298  0712   915501   63807010001    1 NS FLUSH 10ML SYRINGE    12.10
101922 19B298  0712   915501   63807010001    1 NS FLUSH 10ML SYRINGE    12.10
                                                SUBTOTAL:                24.20
   301-LAB/CHEMISTRY
101922 19B294  0736   803620   83605          1 LACTIC ACID             307.34
101922 19B294  0736   803051   80053          1 COMP METABOLIC PANEL    913.86
101922 19B294  0736   803632   83690          1 LIPASE                 1170.98
101922 19B294  0736   803403   82565          1 CREATININE BLD          673.97
                                                SUBTOTAL:              3066.15
   305-LAB/HEMATOLOGY
101922 19B294  0736   803940   85027          1 CBC AUTOMATED           880.58
                                                SUBTOTAL:               880.58
   306-LAB/BACT-MICRO
101922 19B294  0736   803713   87040          1 CULTURE BLOOD          2257.86
101922 19B294  0736   803713   87040          1 CULTURE BLOOD          2257.86
                                                SUBTOTAL:              4515.72
```

A FOR-PROFIT, TAX PAYING HOSPITAL LICENSED BY THE
STATE OF FLORIDA 61-1269294.

| DATE OF<br>SERVICE | BATCH<br>REF | F<br>DEPT S PROC | NDC/CPT-4/<br>HCPCS | QTY SERVICE DESCRIPTION | CHARGES |
|---|---|---|---|---|---|
| 307-LAB/UROLOGY | | | | | |
| 101922 19B301 | 0736 | 812336 | 81003 | 1 UA W O MICRO AUTO | 630.11 |
| | | | | SUBTOTAL: | 630.11 |
| 320-DX X-RAY | | | | | |
| 101922 19B306 | 0728 | 801816 | 73030RT | 1 XR SHOULDER 2 + V RT | 2319.96 |
| | | | | SUBTOTAL: | 2319.96 |
| 324-DX X-RAY/CHEST | | | | | |
| 101922 19B306 | 0728 | 825403 | 71045 | 1 CHEST XRAY 1 V | 438.30 |
| | | | | SUBTOTAL: | 438.30 |
| 350-CT SCAN | | | | | |
| 101922 19B299 | 0726 | 800850 | 71275 | 1 CTA CHEST | 16199.04 |
| | | | | SUBTOTAL: | 16199.04 |
| 351-CT SCAN/HEAD | | | | | |
| 101922 19B299 | 0726 | 800833 | 70450 | 1 CT HEAD/BRAIN W/O CONT | 10825.32 |
| | | | | SUBTOTAL: | 10825.32 |
| 352-CT SCAN/BODY | | | | | |
| 101922 19B299 | 0726 | 811691 | 74177 | 1 CT ABD&PELVIS W/CONT | 22901.78 |
| 101922 19B299 | 0726 | 800851 | 72125 | 1 CT C-SPINE W/O CONTRAS | 11984.06 |
| | | | | SUBTOTAL: | 34885.84 |
| 450-EMERGENCY ROOM | | | | | |
| 101922 22B966 | 0780 | 808665 | 96374 | 1 IVP SINGLE/INITIAL DRU | 412.54 |
| 101922 22B966 | 0780 | 808645 | 99284 | 1 LVL 4 EMER DEPT | 8519.62 |
| | | | | SUBTOTAL: | 8932.16 |
| 636-DRUGS/DETAIL CODING | | | | | |
| 101922 19B298 | 0712 | 916558 | Q9967 | 100 LOCM 300-399 IC 100ML | 405.50 |
| 101922 19B297 | 0716 | 916869 | J7030 | 1 NS 1000 ML | 515.50 |
| 101922 19B297 | 0712 | 915988 | J2543 | 3 PIP SOD/TAZ 3.375 G IN | 684.75 |

A FOR-PROFIT, TAX PAYING HOSPITAL LICENSED BY THE
STATE OF FLORIDA 61-1269294.

| DATE OF<br>SERVICE | BATCH<br>REF | F<br>DEPT S PROC | NDC/CPT-4/<br>HCPCS | QTY SERVICE DESCRIPTION | CHARGES |
|---|---|---|---|---|---|
| | | | | SUBTOTAL: | 1605.75 |
| 730-EKG/ECG | | | | | |
| 101922 20B377 | 0744 | 806146 | 93005 | 1 EKG TRACING ONLY | 399.91 |
| | | | | SUBTOTAL: | 399.91 |
| | | | | TOTAL ANCILLARY CHARGES | 85314.13 |
| | | | | TOTAL CHARGES | 85314.13 |
| | | | | PAYMENTS | .00 |
| | | | | ADJUSTMENTS | .00 |
| | | | | BALANCE | 85314.13 |

A FOR-PROFIT, TAX PAYING HOSPITAL LICENSED BY THE
STATE OF FLORIDA  61-1269294.

## DEPARTMENTAL CHARGE SUMMARY

| DEPT | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 0712 | PHARMACY | 1,114.45 |
| 0716 | IV THERAPY | 1,106.59 |
| 0726 | CAT SCAN | 61,910.20 |
| 0728 | DIAG RADIOLOGY | 2,758.26 |
| 0736 | LAB | 9,092.56 |
| 0744 | EKG | 399.91 |
| 0780 | ER/QUICKCARE | 8,932.16 |

## REVENUE CHARGE SUMMARY

| REV CD | DESCRIPTION | BILLABLE | NON-BILLABLE | TOTAL |
|--------|-------------|----------|--------------|-------|
| 0258 | I V SOLUTIONS | 591.09 | .00 | 591.09 |
| 0272 | STERILE SUPPLY | 24.20 | .00 | 24.20 |
| 0301 | LAB/CHEMISTRY | 3,066.15 | .00 | 3,066.15 |
| 0305 | LAB/HEMATOLOGY | 880.58 | .00 | 880.58 |
| 0306 | LAB/BACT-MICRO | 4,515.72 | .00 | 4,515.72 |
| 0307 | LAB/UROLOGY | 630.11 | .00 | 630.11 |
| 0320 | DX X-RAY | 2,319.96 | .00 | 2,319.96 |
| 0324 | DX X-RAY/CHEST | 438.30 | .00 | 438.30 |
| 0350 | CT SCAN | 16,199.04 | .00 | 16,199.04 |
| 0351 | CT SCAN/HEAD | 10,825.32 | .00 | 10,825.32 |
| 0352 | CT SCAN/BODY | 34,885.84 | .00 | 34,885.84 |
| 0450 | EMERGENCY ROOM | 8,932.16 | .00 | 8,932.16 |
| 0636 | DRUGS/DETAIL CODING | 1,605.75 | .00 | 1,605.75 |
| 0730 | EKG/ECG | 399.91 | .00 | 399.91 |

```
            TOTAL CHARGES:      85,314.13
            TOTAL PAYMENTS:           .00
             TOTAL ADJUST:           .00
```

Facility: **00039**     HCA FL N Florida Hosp

**Patient:** **MORRISSEY THOMAS JOSEPH**

| Facility | Acct Number | Entry Date | Trans Date | ProcCode | Type | Amount | Payer | Comment |
|----------|-------------|------------|------------|----------|------|--------|-------|---------|
| 00039 | 40198816 | 10/22/2022 | 10/19/2022 | 808665 | 06 | $412.54 | | IVP SINGLE/INITIAL DRUG |
| 00039 | 40198816 | 10/22/2022 | 10/19/2022 | 808645 | 06 | $8,519.62 | | LVL 4 EMER DEPT |
| 00039 | 40198816 | 10/20/2022 | 10/19/2022 | 806146 | 06 | $399.91 | | EKG TRACING ONLY |
| 00039 | 40198816 | 10/19/2022 | 10/19/2022 | 801816 | 06 | $2,319.96 | | XR SHOULDER 2 + V RT |
| 00039 | 40198816 | 10/19/2022 | 10/19/2022 | 825403 | 06 | $438.30 | | CHEST XRAY 1 V |
| 00039 | 40198816 | 10/19/2022 | 10/19/2022 | 812336 | 06 | $630.11 | | UA W O MICRO AUTO |
| 00039 | 40198816 | 10/19/2022 | 10/19/2022 | 916558 | 06 | $405.50 | | LOCM 300-399 IC 100ML |
| 00039 | 40198816 | 10/19/2022 | 10/19/2022 | 915501 | 06 | $12.10 | | NS FLUSH 10ML SYRINGE |
| 00039 | 40198816 | 10/19/2022 | 10/19/2022 | 915501 | 06 | $12.10 | | NS FLUSH 10ML SYRINGE |
| 00039 | 40198816 | 10/19/2022 | 10/19/2022 | 800833 | 06 | $10,825.32 | | CT HEAD/BRAIN W/O CONT |
| 00039 | 40198816 | 10/19/2022 | 10/19/2022 | 811691 | 06 | $22,901.78 | | CT ABD&PELVIS W/CONT |
| 00039 | 40198816 | 10/19/2022 | 10/19/2022 | 800850 | 06 | $16,199.04 | | CTA CHEST |
| 00039 | 40198816 | 10/19/2022 | 10/19/2022 | 800851 | 06 | $11,984.06 | | CT C-SPINE W/O CONTRAST |
| 00039 | 40198816 | 10/19/2022 | 10/19/2022 | 803940 | 06 | $880.58 | | CBC AUTOMATED |
| 00039 | 40198816 | 10/19/2022 | 10/19/2022 | 803620 | 06 | $307.34 | | LACTIC ACID |
| 00039 | 40198816 | 10/19/2022 | 10/19/2022 | 803713 | 06 | $2,257.86 | | CULTURE BLOOD |
| 00039 | 40198816 | 10/19/2022 | 10/19/2022 | 803713 | 06 | $2,257.86 | | CULTURE BLOOD |
| 00039 | 40198816 | 10/19/2022 | 10/19/2022 | 803051 | 06 | $913.86 | | COMP METABOLIC PANEL |
| 00039 | 40198816 | 10/19/2022 | 10/19/2022 | 803632 | 06 | $1,170.98 | | LIPASE |
| 00039 | 40198816 | 10/19/2022 | 10/19/2022 | 803403 | 06 | $673.97 | | CREATININE BLD |
| 00039 | 40198816 | 10/19/2022 | 10/19/2022 | 916800 | 06 | $591.09 | | NS 100 ML |
| 00039 | 40198816 | 10/19/2022 | 10/19/2022 | 915988 | 06 | $684.75 | | PIP SOD/TAZ 3.375 G INJ |
| 00039 | 40198816 | 10/19/2022 | 10/19/2022 | 916869 | 06 | $515.50 | | NS 1000 ML |

Account Total: **$85,314.13**

Facility Total for **00039 - HCA FL N Florida Hosp :** **$85,314.13**

Report Total: **$85,314.13**

**- CONFIDENTIAL -**

Type 01= Payment, 04= Adjustment, 05= Allowance, 06= Charge

This is the balance owing
as of today's date and may
not reflect all payments
and/or adjustments to the account



919 NW 57th St., Suite 20,
Gainesville, FL 32605
T (352) 672-6644
F (352) 672-6103

**TO:**
Schackow & Mercadante
4545 NW 8th Ave
Gainesville, FL. 32605

**INVOICE:**

Morrissey, Thomas

| DATE | REF.DOCTOR | PROCEDURE | CPT CODE | PYMTS/ADJ | CHARGES |
|------|-----------|-----------|----------|-----------|---------|
| 05/06/23 | P. Gardner | MRI LT Shoulder | 73221 | | $1,400.00 |
| 03/27/23 | P. Gardner | MRI Lumbar | 72148 | | $1,400.00 |
| 11/11/22 | P. Gardner | MRI RT Shoulder | 73221 | | $1,400.00 |
| 11/11/22 | P. Gardner | MRI LT Shoulder | 73221 | | $1,400.00 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**Total Balance: $5,600.00**

If you have any questions concerning this invoice, contact: Joe Colorio, (352)672-6644
Email: Joe@titanmri.com

**THANK YOU FOR YOUR BUSINESS!**

| 1 Spine Centers of America | 2 Spine Centers of America | 3a PAT. CNTL # | | 4 TYPE OF BILL |
|---|---|---|---|---|
| 4830 W Kennedy Blvd #600 | 6716 NW 11th Pl. #101 | b. MED./REC. # | | PI |
| Tampa, FL 33609, | Gainesville, Fl 32605 | 5 FED. TAX NO. | 6 STATEMENT COVERS PERIOD FROM / THROUGH | 7 |
| 888-817-9355 | | 47-1152385 | 11/29/22  11/29/22 | |

| 8 PATIENT NAME | Thomas Morrissey | 9 PATIENT ADDRESS | 5441 SW 88 Ct Gainesville FL 32608 |
|---|---|---|---|

| 10 BIRTHDATE | 11 SEX | 12 DATE | ADMISSION 13 HR 14 TYPE 15 SRC | 16 DHR | 17 STAT | 18 19 20 CONDITION CODES 21 22 23 24 25 26 27 28 | 29 ACDT STATE | 30 |
|---|---|---|---|---|---|---|---|---|
| 12/1/62 | M | | | | | | | |

| 31 OCCURRENCE CODE DATE | 32 OCCURRENCE CODE DATE | 33 OCCURRENCE CODE DATE | 34 OCCURRENCE CODE DATE | 35 OCCURRENCE SPAN CODE FROM THROUGH | 36 OCCURRENCE SPAN CODE FROM THROUGH | 37 |
|---|---|---|---|---|---|---|
| | 11/29/22 | | | | | |

| 38 Initial Consultation | | 39 VALUE CODES CODE AMOUNT | 40 VALUE CODES CODE AMOUNT | 41 VALUE CODES CODE AMOUNT |
|---|---|---|---|---|
| | a | | | |
| | b | | | |
| | c | | | |
| | d | | | |

| 42 REV. CD. | 43 DESCRIPTION | 44 HCPCS / RATE / HIPPS CODE | 45 SERV. DATE | 46 SERV. UNITS | 47 TOTAL CHARGES | 48 NON-COVERED CHARGES | 49 |
|---|---|---|---|---|---|---|---|
| 1 | Provider | | 11/29/22 | 1 | | | |
| 2 | 99204 | | | | $700.00 | | |

PAGE 1 OF 1  CREATION DATE 11/29/22  TOTALS ▶ $700.00

| 50 PAYER NAME | 51 HEALTH PLAN ID | 52 REL INFO | 53 ASG BEN | 54 PRIOR PAYMENTS | 55 EST. AMOUNT DUE | 56 NPI |
|---|---|---|---|---|---|---|
| A | | Y | Y | | | 57 |
| B | | | | | | OTHER |
| C | | | | | | PRV ID |

| 58 INSURED'S NAME | 59 P.REL | 60 INSURED'S UNIQUE ID | 61 GROUP NAME | 62 INSURANCE GROUP NO. |
|---|---|---|---|---|
| Thomas Morrissey | | | | |

| 63 TREATMENT AUTHORIZATION CODES | 64 DOCUMENT CONTROL NUMBER | 65 EMPLOYER NAME |
|---|---|---|
| NR | | |

| 66 DX | | | | | | | | | | | | 67 | | | | | | 68 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| 69 ADMIT DX | 70 PATIENT REASON DX | 23 | | 71 PPS CODE | 72 ECI | | | | 73 |
|---|---|---|---|---|---|---|---|---|---|

| 74 PRINCIPAL PROCEDURE CODE DATE | a. OTHER PROCEDURE CODE DATE | b. OTHER PROCEDURE CODE DATE | 75 | 76 ATTENDING NPI 1386924298 | | QUAL |
|---|---|---|---|---|---|---|
| c. OTHER PROCEDURE CODE DATE | d. OTHER PROCEDURE CODE DATE | e. OTHER PROCEDURE CODE DATE | | LAST Bahri | FIRST George | |
| | | | | 77 OPERATING NPI | | QUAL |
| 80 REMARKS Please remit payments to: | 81 CC | | | LAST | FIRST | |
| Spine Centers of America | a | | | 78 OTHER NPI | | QUAL |
| 4830 W Kennedy Blvd #600 | b | | | LAST | FIRST | |
| Tampa, Fl 33609 (888) 817-9355 | c | | | 79 OTHER NPI | | QUAL |
| | d | | | LAST | FIRST | |

UB-04 CMS-1450   APPROVED OMB NO. 0938-0997   NUBC™ National Uniform Billing Committee   THE CERTIFICATIONS ON THE REVERSE APPLY TO THIS BILL AND ARE MADE A PART HEREOF.



**Requestor:**
Schackow & Mercadante, PA
Contact: Schackow Mercadante
4545 NW 8th Avenue
Gainesville, FL 32605
Phone: (351) 371-3000 Fax: (352) 335-2272
Website:

**Provider:**
Gainesville Emergency Medical Associates, PA
Attention:North Florida Regional Medical Center
1000 River Road Suite 100
Conshohocken,PA 19428-2437
Phone:(800) 355-2470 Fax:
Website:

Payment was received on 12/5/2022 8:33 AM via No Fee -

## Details

Request ID: **REQ-13991996**
Status: **Completed**
Sub Status:
First Name: **Thomas**
Last Name: **Morrissey**
Record Type: **Balance Verification**
Submitted: **11/30/2022 9:30 PM**
Updated: **12/5/2022 3:30 PM**

Date of Birth: **01/12/1962**
Internal Reference:

Scope: **From provided date range**
Start Date: **10/19/2022**
End Date: **11/30/2022**

## Services Requested

This is not an Invoice
Electronic Delivery                    (0.00X1) $0.00
Custodian Fee                                    $0.00

Total                                          $ 0.00

## Documents

| Type | Document | Created |
|------|----------|---------|
| Signed Authorization Form | UpdatedGEMAauthorizationThomasMorrissey.pdf | Thu Dec |
| Signed Authorization Form | GEMAauthorizationThomasMorrissey.pdf | Wed No |

## Comments

**Requestor**
**Note**        Please provide the outstanding balance for Thomas "TJ" Morrissey for 10/19/2022 DOS. Thank
you!

11/30/2022

**Provider Note**   GFL001401988167 - B.a$ 2116.00 Full balance under patient. Thanks

12/05/2022

## Financial Summary

Morrissey, Thomas (MRN: 0000001319)
3441 SW 88th Court
Gainesville, FL 32608

Primary Payer (Policy #):  Schackow Mercacadante (999999)

| Claim # | DOS | Exp. Copay | Col. Copay | Diagnosis | Facility | Provider | Billed | Allowed | Ins Pay | Pat Pay | Adj. | Write-Off | B.R. B/M | Balance | Responsibility |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5116381 | 10/20/2022 | 0.00 | 0.00 | S46.919A, M99.01, M99.02, M99.03, M99.04, M62.830 | Gardner Chiropractic and Sports Rehabilitation | Gardner, Paul | 425.00 | 425.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 425.00 | P - Schackow Mercacadante |

| DOS | Diagnosis | Line Info | | | Billed | Allowed | Pat Balance | Ins Balance | Responsibility |
|---|---|---|---|---|---|---|---|---|---|
| 10/20/2022 | S46.919A : Elbow strain<br>M99.01 : Cervical (neck) region somatic dysfunction<br>M99.02 : Nonallopathic lesion of thoracic region<br>M99.03 : Lumbar dysfunction | CPT/Modifiers:<br>Description:<br>Units: | 98941<br>CHIROPRACTIC MANIPULATIVE TX SPINAL 3-4 REGIONS<br>1.00 | | 70.00 | 70.00 | 0.00 | 70.00 | Primary - Schackow Mercacadante |
| 10/20/2022 | S46.919A : Elbow strain<br>M99.01 : Cervical (neck) region somatic dysfunction<br>M99.02 : Nonallopathic lesion of thoracic region<br>M99.03 : Lumbar dysfunction | CPT/Modifiers:<br>Description:<br>Units: | 98943<br>CHIROPRACTIC MANIPLTV TX EXTRASPINAL 1/> REGION<br>1.00 | | 45.00 | 45.00 | 0.00 | 45.00 | Primary - Schackow Mercacadante |
| 10/20/2022 | S46.919A : Elbow strain<br>M99.01 : Cervical (neck) region somatic dysfunction<br>M99.02 : Nonallopathic lesion of thoracic region<br>M99.03 : Lumbar dysfunction | CPT/Modifiers:<br>Description:<br>Units: | 99203<br>OFFICE/OUTPATIENT NEW LOW MDM 30-44 MINUTES<br>1.00 | | 250.00 | 250.00 | 0.00 | 250.00 | Primary - Schackow Mercacadante |
| 10/20/2022 | S46.919A : Elbow strain<br>M99.01 : Cervical (neck) region somatic dysfunction<br>M99.02 : Nonallopathic lesion of thoracic region<br>M99.03 : Lumbar dysfunction | CPT/Modifiers:<br>Description:<br>Units: | 97140:59<br>MANUAL THERAPY TQS 1/> REGIONS EACH 15 MINUTES<br>1.00 | | 60.00 | 60.00 | 0.00 | 60.00 | Primary - Schackow Mercacadante |

| Claim # | DOS | Exp. Copay | Col. Copay | Diagnosis | Facility | Provider | Billed | Allowed | Ins Pay | Pat Pay | Adj. | Write-Off | B.R. B/M | Balance | Responsibility |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5116382 | 10/31/2022 | 0.00 | 0.00 | S46.919A, M99.01, M99.02, M99.03, M99.04, M62.830 | Gardner Chiropractic and Sports Rehabilitation | Gardner, Paul | 325.00 | 325.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 325.00 | P - Schackow Mercacadante |

| DOS | Diagnosis | Line Info | | | Billed | Allowed | Pat Balance | Ins Balance | Responsibility |
|---|---|---|---|---|---|---|---|---|---|
| 10/31/2022 | S46.919A : Elbow strain<br>M99.01 : Cervical (neck) region somatic dysfunction<br>M99.02 : Nonallopathic lesion of thoracic region<br>M99.03 : Lumbar dysfunction | CPT/Modifiers:<br>Description:<br>Units: | 98941<br>CHIROPRACTIC MANIPULATIVE TX SPINAL 3-4 REGIONS<br>1.00 | | 70.00 | 70.00 | 0.00 | 70.00 | Primary - Schackow Mercacadante |
| 10/31/2022 | S46.919A : Elbow strain<br>M99.01 : Cervical (neck) region somatic dysfunction<br>M99.02 : Nonallopathic lesion of thoracic region<br>M99.03 : Lumbar dysfunction | CPT/Modifiers:<br>Description:<br>Units: | 98943<br>CHIROPRACTIC MANIPLTV TX EXTRASPINAL 1/> REGION<br>1.00 | | 45.00 | 45.00 | 0.00 | 45.00 | Primary - Schackow Mercacadante |
| 10/31/2022 | S46.919A : Elbow strain<br>M99.01 : Cervical (neck) region somatic dysfunction<br>M99.02 : Nonallopathic lesion of thoracic region<br>M99.03 : Lumbar dysfunction | CPT/Modifiers:<br>Description:<br>Units: | 99213<br>OFFICE/OUTPATIENT ESTABLISHED LOW MDM 20-29 MIN<br>1.00 | | 150.00 | 150.00 | 0.00 | 150.00 | Primary - Schackow Mercacadante |
| 10/31/2022 | S46.919A : Elbow strain<br>M99.01 : Cervical (neck) region somatic dysfunction<br>M99.02 : Nonallopathic lesion of thoracic region<br>M99.03 : Lumbar dysfunction | CPT/Modifiers:<br>Description:<br>Units: | 97140:59<br>MANUAL THERAPY TQS 1/> REGIONS EACH 15 MINUTES<br>1.00 | | 60.00 | 60.00 | 0.00 | 60.00 | Primary - Schackow Mercacadante |

| Claim # | DOS | Exp. Copay | Col. Copay | Diagnosis | Facility | Provider | Billed | Allowed | Ins Pay | Pat Pay | Adj. | Write-Off | B.R. B/M | Balance | Responsibility |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5146329 | 11/21/2022 | 0.00 | 0.00 | S46.919A, M99.01, M99.02, M99.03, M99.04, M62.830 | Gardner Chiropractic and Sports Rehabilitation | Gardner, Paul | 325.00 | 325.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 325.00 | P - Schackow Mercacadante |

| DOS | Diagnosis | Line Info | | | Billed | Allowed | Pat Balance | Ins Balance | Responsibility |
|---|---|---|---|---|---|---|---|---|---|
| 11/21/2022 | S46.919A : Elbow strain | CPT/Modifiers: 98941 | | | 70.00 | 70.00 | 0.00 | 70.00 | Primary - Schackow |



| Date | Diagnosis | CPT/Modifiers / Description / Units | | | | | |
|------|-----------|------------------------------------|---|---|---|---|---|
| | M99.01 : Cervical (neck) region somatic dysfunction<br>M99.02 : Nonallopathic lesion of thoracic region<br>M99.03 : Lumbar dysfunction | **Description:** CHIROPRACTIC MANIPULATIVE TX SPINAL 3-4 REGIONS<br>**Units:** 1.00 | | | | | Mercacedante |
| 11/21/2022 | S46.919A : Elbow strain<br>M99.01 : Cervical (neck) region somatic dysfunction<br>M99.02 : Nonallopathic lesion of thoracic region<br>M99.03 : Lumbar dysfunction | **CPT/Modifiers:** 98943<br>**Description:** CHIROPRACTIC MANIPLTV TX EXTRASPINAL 1/> REGION<br>**Units:** 1.00 | 45.00 | 45.00 | 0.00 | 45.00 | Primary - Schackow Mercacedante |
| 11/21/2022 | S46.919A : Elbow strain<br>M99.01 : Cervical (neck) region somatic dysfunction<br>M99.02 : Nonallopathic lesion of thoracic region<br>M99.03 : Lumbar dysfunction | **CPT/Modifiers:** 99213<br>**Description:** OFFICE/OUTPATIENT ESTABLISHED LOW MDM 20-29 MIN<br>**Units:** 1.00 | 150.00 | 150.00 | 0.00 | 150.00 | Primary - Schackow Mercacedante |
| 11/21/2022 | S46.919A : Elbow strain<br>M99.01 : Cervical (neck) region somatic dysfunction<br>M99.02 : Nonallopathic lesion of thoracic region<br>M99.03 : Lumbar dysfunction | **CPT/Modifiers:** 97140:59<br>**Description:** MANUAL THERAPY TQS 1/> REGIONS EACH 15 MINUTES<br>**Units:** 1.00 | 60.00 | 60.00 | 0.00 | 60.00 | Primary - Schackow Mercacedante |
| | 0.00 | 0.00 | **Total ($): 1075.00** | 1075.00 | 0.00 0.00 0.00 | 0.00 0.00 | 1075.00 |

**Financial Summary**

**Responsibility wise Aging (by DOS):**

| | Current | 31-60 Days | 61-90 Days | 91-120 Days | Over 120 Days |
|------|---------|------------|------------|-------------|---------------|
| Insurance Aging ($) | 325.00 | 750.00 | 0.00 | 0.00 | 0.00 |
| Patient Aging ($) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

**Balance**

| | | |
|---|---|---|
| **Primary ($):** 1075.00 (100.00%) | **Secondary ($):** 0.00 (0.00%) | **Tertiary ($):** 0.00 (0.00%) |
| **Patient ($):** 0.00 (0.00%) | | **Total ($):** 1075.00 (100.00%) |
| **Insurance Unapplied Credit ($):** 00.00 | **Patient Unapplied Credit ($):** 00.00 | |

Gainesville
6717 NW 11 th Place, Ste C
Gainesville, FL 32605
352-554-6242
ID#: 201277655
Samantha Slawich  NPI#: 1801214010
Monday May 15, 2023

Patient          : Thomas J Morrissey #17094
Itemized Statement: 02/24/2023 - 05/15/2023
DOB              : 01/12/1988
Onset date       : 10/19/2022

Mail to:
Thomas J Morrissey
5441 SW 88th Ct
Gainesville, FL 32608

Insured                                 Insurance Carrier (primary)

DOB:
Policy#:

**Current Diagnosis**

| Date | Description | | Amount |
|------|-------------|---|--------|
| 02/24/23 | 99203 25 Comprehensive History & Exam | $ | 198.00 |
| 02/24/23 | 97010 Heat / Cyro Therapy | $ | 28.00 |
| 02/24/23 | G0283 Electrical Stimulation | $ | 32.00 |
| 02/24/23 | E1399 Ice / Heat Pack  small | $ | 10.00 |
| 02/24/23 | 99070 Biofreeze | $ | 15.00 |
| 02/24/23 | A4556 Electrodes, replacement, per pair | $ | 5.00 |
| 02/27/23 | 97010 Heat / Cyro Therapy | $ | 28.00 |
| 02/27/23 | G0283 Electrical Stimulation | $ | 32.00 |
| 02/27/23 | 97110 Therapeutic Exercises | $ | 120.00 |
| 03/01/23 | 97010 Heat / Cyro Therapy | $ | 28.00 |
| 03/01/23 | 97110 Therapeutic Exercises | $ | 120.00 |
| 03/01/23 | G0283 Electrical Stimulation | $ | 32.00 |
| 03/02/23 | 97010 Heat / Cyro Therapy | $ | 28.00 |
| 03/02/23 | 97110 Therapeutic Exercises | $ | 120.00 |
| 03/02/23 | G0283 Electrical Stimulation | $ | 32.00 |
| 03/06/23 | 97010 Heat / Cyro Therapy | $ | 28.00 |
| 03/06/23 | 97110 Therapeutic Exercises | $ | 120.00 |
| 03/06/23 | G0283 Electrical Stimulation | $ | 32.00 |
| 03/08/23 | 97010 Heat / Cyro Therapy | $ | 28.00 |
| 03/08/23 | 97110 Therapeutic Exercises | $ | 120.00 |
| 03/08/23 | G0283 Electrical Stimulation | $ | 32.00 |
| 03/10/23 | 97010 Heat / Cyro Therapy | $ | 28.00 |
| 03/10/23 | 97012 Mechanical Traction | $ | 40.00 |
| 03/10/23 | G0283 Electrical Stimulation | $ | 32.00 |
| 03/10/23 | 97110 Therapeutic Exercises | $ | 120.00 |
| 03/13/23 | 97010 Heat / Cyro Therapy | $ | 28.00 |
| 03/13/23 | 97012 Mechanical Traction | $ | 40.00 |
| 03/13/23 | G0283 Electrical Stimulation | $ | 32.00 |
| 03/13/23 | 97110 Therapeutic Exercises | $ | 120.00 |
| 03/15/23 | 97010 Heat / Cyro Therapy | $ | 28.00 |
| 03/15/23 | 97012 Mechanical Traction | $ | 40.00 |
| 03/15/23 | G0283 Electrical Stimulation | $ | 32.00 |
| 03/15/23 | 97110 Therapeutic Exercises | $ | 120.00 |
| 03/17/23 | 97010 Heat / Cyro Therapy | $ | 28.00 |
| 03/17/23 | 97012 Mechanical Traction | $ | 40.00 |
| 03/17/23 | G0283 Electrical Stimulation | $ | 32.00 |
| 03/17/23 | 97110 Therapeutic Exercises | $ | 120.00 |
| 03/20/23 | 97010 Heat / Cyro Therapy | $ | 28.00 |
| 03/20/23 | G0283 Electrical Stimulation | $ | 32.00 |
| 03/20/23 | 97110 Therapeutic Exercises | $ | 120.00 |
| 03/21/23 | 97010 Heat / Cyro Therapy | $ | 28.00 |
| 03/21/23 | G0283 Electrical Stimulation | $ | 32.00 |
| 03/21/23 | 97110 Therapeutic Exercises | $ | 120.00 |
| 03/27/23 | 97010 Heat / Cyro Therapy | $ | 28.00 |

| Date | Description | Amount |
|------|-------------|--------|
| 03/27/23 | 97012 Mechanical Traction | $ 40.00 |
| 03/27/23 | G0283 Electrical Stimulation | $ 32.00 |
| 03/27/23 | 97110 Therapeutic Exercises | $ 120.00 |
| 03/28/23 | RECORDS | $ 24.00 |
| 03/29/23 | 97010 Heat / Cyro Therapy | $ 28.00 |
| 03/29/23 | 97012 Mechanical Traction | $ 40.00 |
| 03/29/23 | G0283 Electrical Stimulation | $ 32.00 |
| 03/29/23 | 97110 Therapeutic Exercises | $ 120.00 |
| 03/31/23 | 97010 Heat / Cyro Therapy | $ 28.00 |
| 03/31/23 | 97012 Mechanical Traction | $ 40.00 |
| 03/31/23 | G0283 Electrical Stimulation | $ 32.00 |
| 03/31/23 | 97110 Therapeutic Exercises | $ 120.00 |
| 04/03/23 | 97010 Heat / Cyro Therapy | $ 28.00 |
| 04/03/23 | 97012 Mechanical Traction | $ 40.00 |
| 04/03/23 | G0283 Electrical Stimulation | $ 32.00 |
| 04/03/23 | 97110 Therapeutic Exercises | $ 120.00 |
| 04/05/23 | 97010 Heat / Cyro Therapy | $ 28.00 |
| 04/05/23 | 97012 Mechanical Traction | $ 40.00 |
| 04/05/23 | G0283 Electrical Stimulation | $ 32.00 |
| 04/05/23 | 97110 Therapeutic Exercises | $ 120.00 |
| 04/07/23 | 97010 Heat / Cyro Therapy | $ 28.00 |
| 04/07/23 | 97012 Mechanical Traction | $ 40.00 |
| 04/07/23 | G0283 Electrical Stimulation | $ 32.00 |
| 05/03/23 | 97012 Mechanical Traction | $ 40.00 |
| 05/03/23 | G0283 Electrical Stimulation | $ 32.00 |
| 05/03/23 | 97010 Heat / Cyro Therapy | $ 28.00 |
| 05/03/23 | 97110 Therapeutic Exercises | $ 120.00 |
| 05/11/23 | 97012 Mechanical Traction | $ 40.00 |
| 05/11/23 | G0283 Electrical Stimulation | $ 32.00 |
| 05/11/23 | 97010 Heat / Cyro Therapy | $ 28.00 |
| 05/11/23 | 97110 Therapeutic Exercises | $ 60.00 |

```
Total Sales Tax            : $     0.00
Total Late Charges         : $     0.00
Total Interest Charges     : $     0.00
Patients-Cash Rcvd         : $     0.00
Patients-Chks Rcvd         : $     0.00
Patients-Crdt Crd          : $     0.00
Payer Payments             : $     0.00

Total Charges              : $  4032.00
Total Received             : $     0.00
Total Adjustment           : $     0.00
Balance (based on search)  : $  4032.00
```

| 1 Spine Centers of America | 2 Surgery Center of North Florida | | 2a PAT. CNTL # | | 4 TYPE OF BILL |
|---|---|---|---|---|---|
| 4830 W Kennedy Blvd #600 | 6520 NW 9th Blvd. | | b. MED. REC # | | PI |
| Tampa, Fl 33609 | Gainesville, Fl 32605 | | 5 FED. TAX NO. | 6 STATEMENT COVERS PERIOD FROM / THROUGH | 7 |
| 888-817-9355 | | | 47-1152385 | 1/5/23 / 1/5/23 | |

| 8 PATIENT NAME | a. Thomas Morrissey | 9 PATIENT ADDRESS | a 6441 SW 88th Ct Gainesville, Fl 32608 |
|---|---|---|---|
| b. | | b. | c. d. e. |

| 10 BIRTHDATE | 11 SEX | 12 DATE | ADMISSION 13 HR 14 TYPE 15 SRC | 16 DHR | 17 STAT | 18 19 20 21 CONDITION CODES 22 23 24 25 26 27 28 | 29 ACDT STATE | 30 |
|---|---|---|---|---|---|---|---|---|
| XX/XX/1952 | M | | | | | | | |

| 31 OCCURRENCE CODE DATE | 32 OCCURRENCE CODE DATE | 33 OCCURRENCE CODE DATE | 34 OCCURRENCE CODE DATE | 35 OCCURRENCE SPAN CODE FROM THROUGH | 36 OCCURRENCE SPAN CODE FROM THROUGH | 37 |
|---|---|---|---|---|---|---|
| a | 01/05/2023 | | | | | a |
| b | | | | | | b |

| 38 | 39 VALUE CODES CODE AMOUNT | 40 VALUE CODES CODE AMOUNT | 41 VALUE CODES CODE AMOUNT |
|---|---|---|---|
| Right shoulder arthroscopic rotator cuff repair with anchors. Right shoulder synovectomy. | a | | |
| | b | | |
| | c | | |
| | d | | |

| 42 REV. CD. | 43 DESCRIPTION | 44 HCPCS / RATE / HIPPS CODE | 45 SERV. DATE | 46 SERV. UNITS | 47 TOTAL CHARGES | 48 NON-COVERED CHARGES | 49 |
|---|---|---|---|---|---|---|---|
| | Provider | | 1/5/23 | | | | 1 |
| 29805 | | | | | | | 2 |
| 29823 | | | | | | | 3 |
| 29826 | | | | | | | 4 |
| 29827 | | | | | $19,942.00 | | 5 |
| | | | | | | | 6 |
| 0490 | Facility | | | | $42,564.00 | | 7 |
| | | | | | | | 8 |
| | Anesthesia | | | | | | 9 |
| 01610 | | | | | $7,844.00 | | 10 |
| | | | | | | | 11 |
| | Supplies/Materials | | | | | | 12 |
| | | | | | $9,197.00 | | 13 |

| | PAGE 1 OF 1 | CREATION DATE 1/6/23 | TOTALS | $79,547.00 | | 23 |
|---|---|---|---|---|---|---|

| 50 PAYER NAME | 51 HEALTH PLAN ID | 52 REL INFO | 53 ASG BEN | 54 PRIOR PAYMENTS | 55 EST. AMOUNT DUE | 56 NPI |
|---|---|---|---|---|---|---|
| A | | Y | Y | | | 57 OTHER PRV ID |
| B | | | | | | |
| C | | | | | | |

| 58 INSURED'S NAME | 59 P. REL | 60 INSURED'S UNIQUE ID | 61 GROUP NAME | 62 INSURANCE GROUP NO. |
|---|---|---|---|---|
| A Morrissey, Thomas | | | | |
| B | | | | |
| C | | | | |

| 63 TREATMENT AUTHORIZATION CODES | 64 DOCUMENT CONTROL NUMBER | 65 EMPLOYER NAME |
|---|---|---|
| A NR | | |
| B | | |
| C | | |

| 66 DX | | | | | 67 | | | | 68 |
|---|---|---|---|---|---|---|---|---|---|

| 69 ADMIT DX | 70 PATIENT REASON DX | 71 PPS CODE | 72 ECI | | |
|---|---|---|---|---|---|

| 74 PRINCIPAL PROCEDURE CODE DATE | a. OTHER PROCEDURE CODE DATE | b. OTHER PROCEDURE CODE DATE | 75 | 76 ATTENDING NPI 1386924298 QUAL |
|---|---|---|---|---|
| | | | | LAST El-Bahri FIRST George |
| c. OTHER PROCEDURE CODE DATE | d. OTHER PROCEDURE CODE DATE | e. OTHER PROCEDURE CODE DATE | | 77 OPERATING NPI QUAL |
| | | | | LAST FIRST |

| 80 REMARKS Please remit payments to; | 81CC a | 78 OTHER NPI QUAL |
|---|---|---|
| Spine Centers of America | b | LAST FIRST |
| 4830 W. Kennedy Blvd #600 | c | 79 OTHER NPI QUAL |
| Tampa, Fl 33609 | d | LAST FIRST |

UB-04 CMS-1450    APPROVED OMB NO. 0938-0997    NUBC National Uniform Billing Committee    THE CERTIFICATIONS ON THE REVERSE APPLY TO THIS BILL AND ARE MADE A PART HEREOF.

## Financial Summary

**Morrissey, Thomas (MRN: 0000001319)**
~~8441 SW 59th Court~~
Gainesville, FL 32608

**Primary Payer (Policy #):** Schackow Mercacadante (999999)

| Claim # | DOS | Exp. Copay | Col. Copay | Diagnosis | Facility | Provider | Billed | Allowed | Ins Pay | Pat Pay | Adj | Write Off | R.R R.M | Balance | Responsibility |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5116381 | 10/20/2022 | 0.00 | 0.00 | S46.919A, M99.01, M99.02, M99.03, M99.04, M62.830 | Gardner Chiropractic and Sports Rehabilitation | Gardner, Paul | 425.00 | 425.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 425.00 | P - Schackow Mercacadante |

| DOS | Diagnosis | Line Info | | | Billed | Allowed | Pat Balance | Ins Balance | Responsibility |
|---|---|---|---|---|---|---|---|---|---|
| 10/20/2022 | S46.919A : Elbow strain<br>M99.01 : Cervical (neck) region somatic dysfunction<br>M99.02 : Nonallopathic lesion of thoracic region<br>M99.03 : Lumbar dysfunction | CPT/Modifiers: 98941<br>Description: CHIROPRACTIC MANIPULATIVE TX SPINAL 3-4 REGIONS<br>Units: 1.00 | | | 70.00 | 70.00 | 0.00 | 70.00 | Primary - Schackow Mercacadante |
| 10/20/2022 | S46.919A : Elbow strain<br>M99.01 : Cervical (neck) region somatic dysfunction<br>M99.02 : Nonallopathic lesion of thoracic region<br>M99.03 : Lumbar dysfunction | CPT/Modifiers: 98943<br>Description: CHIROPRACTIC MANIPLTV TX EXTRASPINAL 1/> REGION<br>Units: 1.00 | | | 45.00 | 45.00 | 0.00 | 45.00 | Primary - Schackow Mercacadante |
| 10/20/2022 | S46.919A : Elbow strain<br>M99.01 : Cervical (neck) region somatic dysfunction<br>M99.02 : Nonallopathic lesion of thoracic region<br>M99.03 : Lumbar dysfunction | CPT/Modifiers: 99203<br>Description: OFFICE/OUTPATIENT NEW LOW MDM 30-44 MINUTES<br>Units: 1.00 | | | 250.00 | 250.00 | 0.00 | 250.00 | Primary - Schackow Mercacadante |
| 10/20/2022 | S46.919A : Elbow strain<br>M99.01 : Cervical (neck) region somatic dysfunction<br>M99.02 : Nonallopathic lesion of thoracic region<br>M99.03 : Lumbar dysfunction | CPT/Modifiers: 97140:59<br>Description: MANUAL THERAPY TQS 1/> REGIONS EACH 15 MINUTES<br>Units: 1.00 | | | 60.00 | 60.00 | 0.00 | 60.00 | Primary - Schackow Mercacadante |

| Claim # | DOS | Exp. Copay | Col. Copay | Diagnosis | Facility | Provider | Billed | Allowed | Ins Pay | Pat Pay | Adj | Write Off | R.R R.M | Balance | Responsibility |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5116382 | 10/31/2022 | 0.00 | 0.00 | S46.919A, M99.01, M99.02, M99.03, M99.04, M62.830 | Gardner Chiropractic and Sports Rehabilitation | Gardner, Paul | 325.00 | 325.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 325.00 | P - Schackow Mercacadante |

| DOS | Diagnosis | Line Info | | | Billed | Allowed | Pat Balance | Ins Balance | Responsibility |
|---|---|---|---|---|---|---|---|---|---|
| 10/31/2022 | S46.919A : Elbow strain<br>M99.01 : Cervical (neck) region somatic dysfunction<br>M99.02 : Nonallopathic lesion of thoracic region<br>M99.03 : Lumbar dysfunction | CPT/Modifiers: 98941<br>Description: CHIROPRACTIC MANIPULATIVE TX SPINAL 3-4 REGIONS<br>Units: 1.00 | | | 70.00 | 70.00 | 0.00 | 70.00 | Primary - Schackow Mercacadante |
| 10/31/2022 | S46.919A : Elbow strain<br>M99.01 : Cervical (neck) region somatic dysfunction<br>M99.02 : Nonallopathic lesion of thoracic region<br>M99.03 : Lumbar dysfunction | CPT/Modifiers: 98943<br>Description: CHIROPRACTIC MANIPLTV TX EXTRASPINAL 1/> REGION<br>Units: 1.00 | | | 45.00 | 45.00 | 0.00 | 45.00 | Primary - Schackow Mercacadante |
| 10/31/2022 | S46.919A : Elbow strain<br>M99.01 : Cervical (neck) region somatic dysfunction<br>M99.02 : Nonallopathic lesion of thoracic region<br>M99.03 : Lumbar dysfunction | CPT/Modifiers: 99213<br>Description: OFFICE/OUTPATIENT ESTABLISHED LOW MDM 20-29 MIN<br>Units: 1.00 | | | 150.00 | 150.00 | 0.00 | 150.00 | Primary - Schackow Mercacadante |
| 10/31/2022 | S46.919A : Elbow strain<br>M99.01 : Cervical (neck) region somatic dysfunction<br>M99.02 : Nonallopathic lesion of thoracic region<br>M99.03 : Lumbar dysfunction | CPT/Modifiers: 97140:59<br>Description: MANUAL THERAPY TQS 1/> REGIONS EACH 15 MINUTES<br>Units: 1.00 | | | 60.00 | 60.00 | 0.00 | 60.00 | Primary - Schackow Mercacadante |

| Claim # | DOS | Exp. Copay | Col. Copay | Diagnosis | Facility | Provider | Billed | Allowed | Ins Pay | Pat Pay | Adj | Write Off | R.R R.M | Balance | Responsibility |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5146329 | 11/21/2022 | 0.00 | 0.00 | S46.919A, M99.01, M99.02, M99.03, M99.04, M62.830 | Gardner Chiropractic and Sports Rehabilitation | Gardner, Paul | 325.00 | 325.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 325.00 | P - Schackow Mercacadante |

| DOS | Diagnosis | Line Info | | | Billed | Allowed | Pat Balance | Ins Balance | Responsibility |
|---|---|---|---|---|---|---|---|---|---|
| 11/21/2022 | S46.919A : Elbow strain | CPT/Modifiers: 98941 | | | 70.00 | 70.00 | 0.00 | 70.00 | Primary - Schackow |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | M99.01 : Cervical (neck) region somatic dysfunction<br>M99.02 : Nonallopathic lesion of thoracic region<br>M99.03 : Lumbar dysfunction | **Description:**<br>**Units:** | CHIROPRACTIC MANIPULATIVE TX<br>SPINAL 3-4 REGIONS<br>1.00 | | | | Mercacadante |

| DOS | Diagnosis | Line Info | | Billed | Allowed | Pat Balance | Ins Balance | Responsibility |
|---|---|---|---|---|---|---|---|---|
| 11/21/2022 | S46.919A : Elbow strain<br>M99.01 : Cervical (neck) region somatic dysfunction<br>M99.02 : Nonallopathic lesion of thoracic region<br>M99.03 : Lumbar dysfunction | **CPT/Modifiers:** 98943<br>**Description:** CHIROPRACTIC MANIPLTV TX EXTRASPINAL 1/> REGION<br>**Units:** 1.00 | 45.00 | 45.00 | 0.00 | | 45.00 | Primary - Schackow Mercacadante |
| 11/21/2022 | S46.919A : Elbow strain<br>M99.01 : Cervical (neck) region somatic dysfunction<br>M99.02 : Nonallopathic lesion of thoracic region<br>M99.03 : Lumbar dysfunction | **CPT/Modifiers:** 99213<br>**Description:** OFFICE/OUTPATIENT ESTABLISHED LOW MDM 20-29 MIN<br>**Units:** 1.00 | 150.00 | 150.00 | 0.00 | | 150.00 | Primary - Schackow Mercacadante |
| 11/21/2022 | S46.919A : Elbow strain<br>M99.01 : Cervical (neck) region somatic dysfunction<br>M99.02 : Nonallopathic lesion of thoracic region<br>M99.03 : Lumbar dysfunction | **CPT/Modifiers:** 97140:59<br>**Description:** MANUAL THERAPY TQS 1/> REGIONS EACH 15 MINUTES<br>**Units:** 1.00 | 60.00 | 60.00 | 0.00 | | 60.00 | Primary - Schackow Mercacadante |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5180832 | 12/19/2022 | 0.00 | 0.00 | S46.919A, M99.01,<br>M99.02, M99.03,<br>M99.04, M62.830 | Gardner Chiropractic and Sports Rehabilitation | Gardner, Paul | 325.00 | 325.00 | 0.00 | 0.00 | 0.00 | 0.00 0.00 | 325.00 | P - Schackow Mercacadante |

| DOS | Diagnosis | Line Info | | Billed | Allowed | Pat Balance | Ins Balance | Responsibility |
|---|---|---|---|---|---|---|---|---|
| 12/19/2022 | S46.919A : Elbow strain<br>M99.01 : Cervical (neck) region somatic dysfunction<br>M99.02 : Nonallopathic lesion of thoracic region<br>M99.03 : Lumbar dysfunction | **CPT/Modifiers:** 98941<br>**Description:** CHIROPRACTIC MANIPULATIVE TX SPINAL 3-4 REGIONS<br>**Units:** 1.00 | 70.00 | 70.00 | | | 70.00 | Primary - Schackow Mercacadante |
| 12/19/2022 | S46.919A : Elbow strain<br>M99.01 : Cervical (neck) region somatic dysfunction<br>M99.02 : Nonallopathic lesion of thoracic region<br>M99.03 : Lumbar dysfunction | **CPT/Modifiers:** 98943<br>**Description:** CHIROPRACTIC MANIPLTV TX EXTRASPINAL 1/> REGION<br>**Units:** 1.00 | 45.00 | 45.00 | 0.00 | | 45.00 | Primary - Schackow Mercacadante |
| 12/19/2022 | S46.919A : Elbow strain<br>M99.01 : Cervical (neck) region somatic dysfunction<br>M99.02 : Nonallopathic lesion of thoracic region<br>M99.03 : Lumbar dysfunction | **CPT/Modifiers:** 99213<br>**Description:** OFFICE/OUTPATIENT ESTABLISHED LOW MDM 20-29 MIN<br>**Units:** 1.00 | 150.00 | 150.00 | 0.00 | | 150.00 | Primary - Schackow Mercacadante |
| 12/19/2022 | S46.919A : Elbow strain<br>M99.01 : Cervical (neck) region somatic dysfunction<br>M99.02 : Nonallopathic lesion of thoracic region<br>M99.03 : Lumbar dysfunction | **CPT/Modifiers:** 97140:59<br>**Description:** MANUAL THERAPY TQS 1/> REGIONS EACH 15 MINUTES<br>**Units:** 1.00 | 60.00 | 60.00 | 0.00 | | 60.00 | Primary - Schackow Mercacadante |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5318750 | 03/07/2023 | 0.00 | 0.00 | S46.919A, M99.01,<br>M99.02, M99.03,<br>M99.04, M62.830 | Gardner Chiropractic and Sports Rehabilitation | Gardner, Paul | 325.00 | 325.00 | 0.00 | 0.00 | 0.00 | 0.00 0.00 | 325.00 | P - Schackow Mercacadante |

| DOS | Diagnosis | Line Info | | Billed | Allowed | Pat Balance | Ins Balance | Responsibility |
|---|---|---|---|---|---|---|---|---|
| 03/07/2023 | S46.919A : Elbow strain<br>M99.01 : Cervical (neck) region somatic dysfunction<br>M99.02 : Nonallopathic lesion of thoracic region<br>M99.03 : Lumbar dysfunction | **CPT/Modifiers:** 98941<br>**Description:** CHIROPRACTIC MANIPULATIVE TX SPINAL 3-4 REGIONS<br>**Units:** 1.00 | 70.00 | 70.00 | 0.00 | | 70.00 | Primary - Schackow Mercacadante |
| 03/07/2023 | S46.919A : Elbow strain<br>M99.01 : Cervical (neck) region somatic dysfunction<br>M99.02 : Nonallopathic lesion of thoracic region<br>M99.03 : Lumbar dysfunction | **CPT/Modifiers:** 98943<br>**Description:** CHIROPRACTIC MANIPLTV TX EXTRASPINAL 1/> REGION<br>**Units:** 1.00 | 45.00 | 45.00 | 0.00 | | 45.00 | Primary - Schackow Mercacadante |
| 03/07/2023 | S46.919A : Elbow strain<br>M99.01 : Cervical (neck) region somatic dysfunction<br>M99.02 : Nonallopathic lesion of thoracic region<br>M99.03 : Lumbar dysfunction | **CPT/Modifiers:** 99213<br>**Description:** OFFICE/OUTPATIENT ESTABLISHED LOW MDM 20-29 MIN<br>**Units:** 1.00 | 150.00 | 150.00 | 0.00 | | 150.00 | Primary - Schackow Mercacadante |
| 03/07/2023 | S46.919A : Elbow strain<br>M99.01 : Cervical (neck) region somatic dysfunction<br>M99.02 : Nonallopathic lesion of thoracic region<br>M99.03 : Lumbar dysfunction | **CPT/Modifiers:** 97140:59<br>**Description:** MANUAL THERAPY TQS 1/> REGIONS EACH 15 MINUTES<br>**Units:** 1.00 | 60.00 | 60.00 | 0.00 | | 60.00 | Primary - Schackow Mercacadante |

| 5318155 | 03/30/2023 | 0.00 | 0.00 | S46.919A, M99.01, M99.02, M99.03, M99.04, M62.830 | Gardner Chiropractic and Sports Rehabilitation | Gardner, Paul | 325.00 | 325.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 325.00 | P - Schackow Mercacadante |

| DOS | Diagnosis | Line Info | | | Billed | Allowed | Pat Balance | Ins Balance | Responsibility |
|-----|-----------|-----------|---|---|--------|---------|-------------|-------------|----------------|
| 03/30/2023 | S46.919A : Elbow strain<br>M99.01 : Cervical (neck) region somatic dysfunction<br>M99.02 : Nonallopathic lesion of thoracic region<br>M99.03 : Lumbar dysfunction | CPT/Modifiers:<br>Description:<br>Units: | 98941<br>CHIROPRACTIC MANIPULATIVE TX SPINAL 3-4 REGIONS<br>1.00 | | 70.00 | 70.00 | 0.00 | 70.00 | Primary - Schackow Mercacadante |
| 03/30/2023 | S46.919A : Elbow strain<br>M99.01 : Cervical (neck) region somatic dysfunction<br>M99.02 : Nonallopathic lesion of thoracic region<br>M99.03 : Lumbar dysfunction | CPT/Modifiers:<br>Description:<br>Units: | 98943<br>CHIROPRACTIC MANIPLTV TX EXTRASPINAL 1/> REGION<br>1.00 | | 45.00 | 45.00 | 0.00 | 45.00 | Primary - Schackow Mercacadante |
| 03/30/2023 | S46.919A : Elbow strain<br>M99.01 : Cervical (neck) region somatic dysfunction<br>M99.02 : Nonallopathic lesion of thoracic region<br>M99.03 : Lumbar dysfunction | CPT/Modifiers:<br>Description:<br>Units: | 99213<br>OFFICE/OUTPATIENT ESTABLISHED LOW MDM 20-29 MIN<br>1.00 | | 150.00 | 150.00 | 0.00 | 150.00 | Primary - Schackow Mercacadante |
| 03/30/2023 | S46.919A : Elbow strain<br>M99.01 : Cervical (neck) region somatic dysfunction<br>M99.02 : Nonallopathic lesion of thoracic region<br>M99.03 : Lumbar dysfunction | CPT/Modifiers:<br>Description:<br>Units: | 97140:59<br>MANUAL THERAPY TQS 1/> REGIONS EACH 15 MINUTES<br>1.00 | | 60.00 | 60.00 | 0.00 | 60.00 | Primary - Schackow Mercacadante |
| | | | | Total ($): | 2050.00 | 2050.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2050.00 |

## Financial Summary

### Responsibility wise Aging (by DOS)

| | Current | 31-60 Days | 61-90 Days | 91-120 Days | Over 120 Days |
|---|---------|-----------|-----------|------------|---------------|
| Insurance Aging ($) | 0.00 | 325.00 | 325.00 | 0.00 | 1400.00 |
| Patient Aging ($) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

### Balance

| | | | |
|---|---|---|---|
| Primary ($): 2050.00 (100.00%) | Secondary ($): 0.00 (0.00%) | Tertiary ($): 0.00 (0.00%) | |
| Patient ($): 0.00 (0.00%) | | Total ($): | 2050.00 (100.00%) |
| Insurance Unapplied Credit ($): 00.00 | Patient Unapplied Credit ($): | 00.00 | |

## Next of Florida LLC

6716 NW 11th Pl
Gainesville, FL 32605 US
+1 3526814580
support@servicesbynext.com



# INVOICE

BILL TO
Thomas Morrissey
Schackow & Mercadante, P.A.
4545 NW 8th Ave
Gainesville, FL 32605

INVOICE   1278
DATE   01/12/2023

| DATE | DESCRIPTION | QTY | RATE | AMOUNT |
|------|-------------|-----|------|--------|
| 01/12/2023 | Thomas Morrissey (CPT: 80048) Basic Metabolic Panel | 1 | 65.40 | 65.40 |
| 01/12/2023 | Thomas Morrissey (CPT: 85025) Complete Blood Count - CBC (includes Differential and Platelets) | 1 | 71.30 | 71.30 |

BALANCE DUE     **$136.70**

Pay invoice

| Spine and Joint Centers of America | Home Phone | (352) 246 - 3638 |
| 6716 NW 11th Pl. #101 | Work Phone | |
| Gainesville, Fl 32605 | Patient # | Thomas Morrissey |

| Date | Ref # | Description | Charge | | Credit | | | | Current Balance | |
| | | | | | Payment | | Adjustments | | | |
|------|-------|-------------|--------|--|---------|--|-------------|--|------------------|--|
| 04/25/23 | MoTOV | Follow-up Office Visit | $425 | .00 | | 0 | | 0 | $425 | .00 |
| 05/05/23 | MoTOV | H&P Office Visit | $1,100 | .00 | | 0 | | 0 | $1,525 | .00 |
| 05/16/23 | MoTOV | Follow-up office Visit | $425 | .00 | | 0 | | 0 | $1,950 | .00 |
| 06/15/23 | MoTPR | Injection | $11,365 | .90 | | 0 | | 0 | $13,315 | .90 |
| 06/21/23 | MoTOV | Follow-up office Visit | $425 | .00 | | 0 | | 0 | $13,740 | .90 |



| 1 Spine and Joint Centers of America | 2 Spine and Joint Centers of America | 3a PAT. CNTL # | | 4 TYPE OF BILL |
|---|---|---|---|---|
| 6716 NW 11th Pl. #101 | 6716 NW 11th Pl. #101 | b. MED REC # | | PI |
| Gainesville, Fl 32605 | Gainesville, Fl 32605 | 5 FED. TAX NO. | 6 STATEMENT COVERS PERIOD FROM / THROUGH | 7 |
| 888-817-9355 | | 92-3460284 | 6/21/23 / 6/21/23 | |

| 8 PATIENT NAME THOMAS MORRISSEY | 9 PATIENT ADDRESS 5441 SW 88th Ct Gainesville FL 32608 |
|---|---|

| 10 BIRTHDATE | 11 SEX M | 12 ADMISSION DATE | 13 HR | 14 TYPE | 15 SRC | 16 DHR | 17 STAT | 18-28 CONDITION CODES | 29 ACDT STATE | 30 |

| 31 OCCURRENCE CODE / DATE | 32 OCCURRENCE CODE / DATE 10/19/22 | 33 OCCURRENCE CODE / DATE | 34 OCCURRENCE CODE / DATE | 35 OCCURRENCE SPAN CODE / FROM / THROUGH | 36 OCCURRENCE SPAN CODE / FROM / THROUGH | 37 |

| 38 Follow-up Visit | | 39 VALUE CODES CODE / AMOUNT | 40 VALUE CODES CODE / AMOUNT | 41 VALUE CODES CODE / AMOUNT |
|---|---|---|---|---|
| | a | | | |
| | b | | | |
| | c | | | |
| | d | | | |

| 42 REV. CD. | 43 DESCRIPTION | 44 HCPCS / RATE / HIPPS CODE | 45 SERV. DATE | 46 SERV. UNITS | 47 TOTAL CHARGES | 48 NON-COVERED CHARGES | 49 |
|---|---|---|---|---|---|---|---|
| | Provider | | 6/21/23 | 1 | | | |
| 99214 | | | | | $425.00 | | |
| | | | | | | | |

| | PAGE 1 OF 1 | | CREATION DATE 6/21/23 | TOTALS ➤ | $425.00 | |

| 50 PAYER NAME | 51 HEALTH PLAN ID | 52 REL INFO | 53 ASG BEN | 54 PRIOR PAYMENTS | 55 EST AMOUNT DUE | 56 NPI |
|---|---|---|---|---|---|---|
| A | | Y | Y | | | 57 |
| B | | | | | | OTHER |
| C | | | | | | PRV ID |

| 58 INSURED'S NAME | 59 P. REL | 60 INSURED'S UNIQUE ID | 61 GROUP NAME | 62 INSURANCE GROUP NO. |
|---|---|---|---|---|
| A THOMAS MORRISSEY | | | | |
| B | | | | |
| C | | | | |

| 63 TREATMENT AUTHORIZATION CODES | 64 DOCUMENT CONTROL NUMBER | 65 EMPLOYER NAME |
|---|---|---|
| A NR | | |
| B | | |
| C | | |

| 66 DX | 67 | A | B | C | D | E | F | G | H | 68 |
|---|---|---|---|---|---|---|---|---|---|---|
| | I | J | K | L | M | N | O | P | Q | |

| 69 ADMIT DX | 70 PATIENT REASON DX a | | b | | c | | 71 PPS CODE | 72 ECI | | 75 |
|---|---|---|---|---|---|---|---|---|---|---|

| 76 ATTENDING NPI 1831199983 | QUAL | |
|---|---|---|
| LAST Bereczki | FIRST Zoltan | |
| 77 OPERATING NPI | QUAL | |
| LAST | FIRST | |
| 78 OTHER NPI | QUAL | |
| LAST | FIRST | |
| 79 OTHER NPI | QUAL | |
| LAST | FIRST | |

| 80 REMARKS Please remit payments to; | 81CC a |
|---|---|
| Spine and Joint Centers of America | b |
| 6716 NW 11th Pl. #101 | c |
| Gainesville, Fl 32605 | d |

UB-04 CMS-1450   APPROVED OMB NO. 0938-0997   **NUBC** National Uniform Billing Committee   THE CERTIFICATIONS ON THE REVERSE APPLY TO THIS BILL AND ARE MADE A PART HEREOF.

UB-04 CMS-1450

| 1 Spine and Joint Centers of America | 2 Spine and Joint Centers of America | 3a PAT. CNTL # | | 4 TYPE OF BILL |
|---|---|---|---|---|
| 6716 NW 11th Pl. #101 | 6716 NW 11th Pl. #101 | b. MED. REC. # | | PI |
| Gainesville, Fl 32605 | Gainesville, Fl 32605 | 5 FED. TAX NO. | 6 STATEMENT COVERS PERIOD | 7 |
| 888-817-9355 | | 92-3460284 | FROM 6/29/23 THROUGH 6/29/23 | |

**8 PATIENT NAME** a  b Thomas Morrissey  **9 PATIENT ADDRESS** a 5441 SW 88TH CT GAINESVILLE Fl, 32601

| 10 BIRTHDATE | 11 SEX | 12 DATE ADMISSION 13 HR 14 TYPE 15 SRC | 16 DHR | 17 STAT | 18 19 20 21 CONDITION CODES 22 23 24 25 26 27 28 | 29 ACDT STATE | 30 |
|---|---|---|---|---|---|---|---|
| 1/12/62 | M | | | | | | |

| 31 OCCURRENCE CODE DATE | 32 OCCURRENCE CODE DATE | 33 OCCURRENCE CODE DATE | 34 OCCURRENCE CODE DATE | 35 OCCURRENCE SPAN CODE FROM THROUGH | 36 OCCURRENCE SPAN CODE FROM THROUGH | 37 |
|---|---|---|---|---|---|---|
| a | 10/19/22 | | | | | |
| b | | | | | | |

| 38 | | 39 VALUE CODES CODE AMOUNT | 40 VALUE CODES CODE AMOUNT | 41 VALUE CODES CODE AMOUNT |
|---|---|---|---|---|
| Facet thermal ablations, bilateral L3-L4, L4-L5, and L5-S1. | a P | | | |
| | b | | | |
| | c | | | |
| | d | | | |

| 42 REV. CD. | 43 DESCRIPTION | 44 HCPCS / RATE / HIPPS CODE | 45 SERV. DATE | 46 SERV. UNITS | 47 TOTAL CHARGES | 48 NON-COVERED CHARGES | 49 |
|---|---|---|---|---|---|---|---|
| 1 | Provider | | 6/29/23 | | | | 1 |
| 2 | | 64635-50 | | 2 | $7,128.00 | | 2 |
| 3 | | 64636-50 | | 4 | $7,742.80 | | 3 |
| 4 | | | | | | | 4 |
| 5 | | | | | | | 5 |
| 6 | | | | | $14,870.80 | | 6 |
| 7 | | | | | | | 7 |
| 8 | | | | | | | 8 |
| 9 | | | | | | | 9 |
| 10 | | | | | | | 10 |
| 11 | | | | | | | 11 |
| 12 | Anesthsia | 01940 | | | $1,845.96 | | 12 |
| 13 | | | | | | | 13 |
| 14 | | | | | | | 14 |
| 15 | Facility | PS1 | | 2 | $1,990.00 | | 15 |
| 16 | | | | | | | 16 |
| 17 | | | | | | | 17 |
| 18 | | | | | | | 18 |
| 19 | Supplies/Materials | A4550 | | | $1,250.00 | | 19 |
| 20 | | | | | | | 20 |
| 21 | | | | | | | 21 |
| 22 | | | | | | | 22 |
| 23 | PAGE 1 OF 1 | | CREATION DATE 6/30/23 | TOTALS ▶ | $19,956.76 | | 23 |

| 50 PAYER NAME | 51 HEALTH PLAN ID | 52 REL INFO | 53 ASG BEN | 54 PRIOR PAYMENTS | 55 EST. AMOUNT DUE | 56 NPI | |
|---|---|---|---|---|---|---|---|
| A | | Y | Y | | | 57 | A |
| B | | | | | | OTHER | B |
| C | | | | | | PRV ID | C |

| 58 INSURED'S NAME | 59 P.REL | 60 INSURED'S UNIQUE ID | 61 GROUP NAME | 62 INSURANCE GROUP NO. | |
|---|---|---|---|---|---|
| A Thomas Morrissey | | | | | A |
| B | | | | | B |
| C | | | | | C |

| 63 TREATMENT AUTHORIZATION CODES | 64 DOCUMENT CONTROL NUMBER | 65 EMPLOYER NAME | |
|---|---|---|---|
| A NR | | | A |
| B | | | B |
| C | | | C |

| 66 DX | M54.50 | | | | | | 68 |
|---|---|---|---|---|---|---|---|

| 69 ADMIT DX | 70 PATIENT REASON DX | 71 PPS CODE | 72 ECI | 73 |
|---|---|---|---|---|

| 74 PRINCIPAL PROCEDURE CODE DATE | a. OTHER PROCEDURE CODE DATE | b. OTHER PROCEDURE CODE DATE | 75 | 76 ATTENDING NPI 1831199983 QUAL |
|---|---|---|---|---|
| c. OTHER PROCEDURE CODE DATE | d. OTHER PROCEDURE CODE DATE | e. OTHER PROCEDURE CODE DATE | | LAST Bereczki FIRST Zoltan |
| | | | | 77 OPERATING NPI QUAL |
| | | | | LAST FIRST |

| 80 REMARKS Please remit payments to; | 81CC a | 78 OTHER NPI QUAL |
|---|---|---|
| Spine and Joint Centers of America | b | LAST FIRST |
| 6716 NW 11th Pl. #101 | c | 79 OTHER NPI QUAL |
| Gainesville, Fl 32605 | d | LAST FIRST |

UB-04 CMS-1450   APPROVED OMB NO. 0938-0997   NUBC   THE CERTIFICATIONS ON THE REVERSE APPLY TO THIS BILL AND ARE MADE A PART HEREOF.

# Patient Account Ledger

| Spine and Joint Centers of America | Home Phone | (352) 246 - 3638 |
| 6716 NW 11th Pl. #101 | Work Phone | |
| Gainesville, Fl 32605 | Patient # | Thomas Morrissey |

| Date | Ref # | Description | Charge | Credit Payment | Adjustments | Current Balance |
|---|---|---|---|---|---|---|
| 04/25/23 | MoTOV | Follow-up Office Visit | $425.00 | 0 | 0 | $425.00 |
| 05/05/23 | MoTOV | H&P Office Visit | $1,100.00 | 0 | 0 | $1,525.00 |
| 05/16/23 | MoTOV | Follow-up office Visit | $425.00 | 0 | 0 | $1,950.00 |
| 06/15/23 | MoTPR | Injection | $11,365.90 | 0 | 0 | $13,315.90 |
| 06/21/23 | MoTOV | Follow-up office Visit | $425.00 | 0 | 0 | $13,740.90 |
| 06/29/23 | MoTPR | LS FTA 3 level | $19,956.76 | 0 | 0 | $33,697.66 |