**FORM 1.997.   CIVIL COVER SHEET**

The civil cover sheet and the information contained in it neither replace nor supplement the filing and service of pleadings or other documents as required by law. This form must be filed by the plaintiff or petitioner with the Clerk of Court for the purpose of reporting uniform data pursuant to section 25.075, Florida Statutes. (See instructions for completion.)

I.       **CASE STYLE**

IN THE CIRCUIT/COUNTY COURT OF THE <u>EIGHTH</u>   JUDICIAL CIRCUIT,
IN AND FOR <u>ALACHUA</u>   COUNTY, FLORIDA

<u>Thomas Morrissey</u>
Plaintiff

vs.

Case # <u>2023 CA 001493</u>

Judge <u>Div.: J</u>

<u>JR Investments, LLC, JR Lawrenceville, LLC, Starbucks Coffee Company d/b/a Starbucks</u>
Defendant

II.       **AMOUNT OF CLAIM**

Please indicate the estimated amount of the claim, rounded to the nearest dollar. The estimated amount of the claim is requested for data collection and clerical processing purposes only. The amount of the claim shall not be used for any other purpose.

☐  $8,000 or less
☐  $8,001 - $30,000
☐  $30,001- $50,000
☐  $50,001- $75,000
☐  $75,001 - $100,000
☒  over $100,000.00

III.       **TYPE OF CASE**       (If the case fits more than one type of case,   select the most definitive category.) If the most descriptive label is a subcategory (is indented under a broader category), place an x on both the main category and subcategory lines.

## CIRCUIT CIVIL

☐ Condominium
☐ Contracts and indebtedness
☐ Eminent domain
☐ Auto negligence
☒ Negligence—other
    ☐ Business governance
    ☐ Business torts
    ☐ Environmental/Toxic tort
    ☐ Third party indemnification
    ☐ Construction defect
    ☐ Mass tort
    ☐ Negligent security
    ☐ Nursing home negligence
    ☒ Premises liability—commercial
    ☐ Premises liability—residential
☐ Products liability
☐ Real Property/Mortgage foreclosure
    ☐ Commercial foreclosure
    ☐ Homestead residential foreclosure
    ☐ Non-homestead residential foreclosure
    ☐ Other real property actions

☐ Professional malpractice
    ☐ Malpractice—business
    ☐ Malpractice—medical
    ☐ Malpractice—other professional
☐ Other
    ☐ Antitrust/Trade regulation
    ☐ Business transactions
    ☐ Constitutional challenge—statute or ordinance
    ☐ Constitutional challenge—proposed amendment
    ☐ Corporate trusts
    ☐ Discrimination—employment or other
    ☐ Insurance claims
    ☐ Intellectual property
    ☐ Libel/Slander
    ☐ Shareholder derivative action
    ☐ Securities litigation
    ☐ Trade secrets
    ☐ Trust litigation

## COUNTY CIVIL

☐ Small Claims up to $8,000
☐ Civil
☐ Real property/Mortgage foreclosure

☐ Replevins
☐ Evictions
    ☐ Residential Evictions
    ☐ Non-residential Evictions
☐ Other civil (non-monetary)

## COMPLEX BUSINESS COURT

This action is appropriate for assignment to Complex Business Court as delineated and mandated by the Administrative Order.  Yes ☐ No ☒

**IV.    REMEDIES SOUGHT** (check all that apply):
☒ Monetary;
☐ Nonmonetary declaratory or injunctive relief;
☐ Punitive

**V.    NUMBER OF CAUSES OF ACTION:** [   ]
(Specify)

   1

**VI.    IS THIS CASE A CLASS ACTION LAWSUIT?**
    ☐ yes
    ☒ no

**VII.    HAS NOTICE OF ANY KNOWN RELATED CASE BEEN FILED?**
    ☒ no
    ☐ yes If "yes," list all related cases by name, case number, and court.

**VIII.    IS JURY TRIAL DEMANDED IN COMPLAINT?**
    ☒ yes
    ☐ no

**IX.    DOES THIS CASE INVOLVE ALLEGATIONS OF SEXUAL ABUSE?**
    ☐ yes
    ☒ no

I CERTIFY that the information I have provided in this cover sheet is accurate to the best of my knowledge and belief, and that I have read and will comply with the requirements of Florida Rule of Judicial Administration 2.425.

Signature: <u>s/ Marie Banks</u>       Fla. Bar # <u>113232</u>
       Attorney or party           (Bar # if attorney)

<u>Marie Banks</u>       <u>03/21/2023</u>
 (type or print name)        Date

**IN THE CIRCUIT COURT OF FLORIDA
EIGHTH JUDICIAL CIRCUIT,
IN AND FOR ALACHUA COUNTY, FLORIDA**

**THOMAS MORRISSEY, Individually,**

> **Plaintiff,**

**vs.**

Case No.: 2023 CA 001493
Division: J

**JR INVESTMENTS LLC,
JR LAWRENCEVILLE LLC,** and
**STARBUCKS COFFEE COMPANY d/b/a STARBUCKS**

> **Defendants**
> _____/

## COMPLAINT

Comes now, Plaintiff, **THOMAS MORRISSEY**, Individually, and sues Defendants, **JR INVESTMENTS LLC, JR LAWRENCEVILLE, LLC,** and **STARBUCKS COFFEE COMPANY d/b/a STARBUCK,** for damages and states as follows:

## GENERAL ALLEGATIONS

1.     This is an action for damages which exceeds the sum of **THIRTY THOUSAND DOLLARS** ($30,000.00), exclusive of interest and costs.

2.     That at all times material to this action, the Plaintiff, **THOMAS MORRISSEY** was *sui juris* and a resident of the State of Florida.

3.     That at all times material to this action, the Defendant **STARBUCKS COFFEE COMPANY d/b/a STARBUCKS (**hereafter referred to as "STARBUCKS"), was a for-profit foreign corporation, authorized to do business and was doing business in the State of Florida at 6707 W Newberry Road, Gainesville, Alachua County, Florida.

4. That at all times material to this action, the Defendant, **STARBUCKS**, was in possession and control of the premises located at 6707 W Newberry Road, Gainesville, Alachua County, Florida and held themselves out to the public as a coffee shop open for business.

5. That at all times material to this action, the Defendant **JR INVESTMENTS LLC** (hereafter referred to as "JR INVESTMENTS"), was a California limited liability company authorized to do business and was doing business in Gainesville, Alachua County, Florida.

6. That at all times material to this action, the Defendant, **JR INVESTMENTS**, was in possession and control of the premises located at 6707 W Newberry Road, Gainesville, Alachua County, Florida.

7. That at all times material to this action, the Defendant **JR LAWRENCEVILLE LLC** (hereafter referred to as "JR LAWRENCEVILLE"), was a Georgia limited liability company authorized to do business and was doing business in the State of Florida.

8. That at all times material to this action, the Defendant, **JR LAWRENCEVILLE**, was in possession and control of the premises located at 6707 W Newberry Road, Gainesville, Alachua County, Florida.

9. That on or about October 19, 2022, the Plaintiff, **THOMAS MORRISSEY**, was a customer in the Starbucks coffee shop located at 6707 W Newberry Road, Gainesville, Alachua County, Florida.

10. That at said time and place, the Plaintiff, **THOMAS MORRISSEY**, while on the Defendants' premises located at 6706 W Newberry Road, Gainesville, Alachua County, Florida, sustained physical injuries when he fell due to his foot tripping over a raised lip of the sidewalk. The subject area was raised approximately one (1) inch from the rest of the sidewalk.

## COUNT I
## THOMAS MORRISSEY V. STARBUCKS

COMES NOW the Plaintiff, **THOMAS MORRISSEY**, Individually, and sues Defendant, **STARBUCKS**, for damages and states as follows:

11.     The allegations contained in paragraphs one (1) through ten (10) are re-alleged and incorporated into Count One by reference.

12.     That at said time and place, Defendant, **STARBUCKS**, owed Plaintiff, **THOMAS MORRISSEY**, a duty to warn of dangerous conditions on their premises and a duty to use reasonable care in the operation, maintenance, repair, and inspection of their property.

13.     That Defendant, **STARBUCKS,** breached its duties of care owed to the Plaintiff in the following manner:

    a.      by negligently failing to warn the Plaintiff, **THOMAS MORRISSEY**, of potential hazards and dangers, due to the presence of an approximately one-inch lip in the sidewalk, which created a hazardous condition on the concrete sidewalk outside of the Starbucks store;

    b.      by negligently failing to maintain or adequately maintain the sidewalk where Plaintiff fell, thus creating a hazardous or unreasonably dangerous condition to invitees such as Plaintiff;

    c.      by negligently failing to inspect or adequately inspect the sidewalk where Plaintiff fell;

14.     That Defendant, **STARBUCKS**, knew or should have known of the unsafe condition of the premises located at 6707 W Newberry Road, due to the presence of an approximately one-inch lip in the sidewalk, and said Defendant had notice of this dangerous condition, had sufficient

time to cure said defect, and failed to do so.

15.    As a direct and proximate result of the negligence of **STARBUCKS**, the Plaintiff, **THOMAS MORRISSEY**, while walking outside of the store premises, fell and sustained serious physical injuries due to the uneven concrete surface which created a dangerous condition outside of said store.

16.    That as a direct and proximate result of the foresaid accident of October 19, 2022 Plaintiff, **THOMAS MORRISSEY,** has suffered serious bodily injury, including surgery, suffered physical pain therefrom, lost wages, lost the ability to lead a normal life, suffered mental anguish, disability, and has incurred medical expenses for medical services provided to Plaintiff, **THOMAS MORRISSEY**. Plaintiff's damages are either permanent or continuing in nature and as a result, Plaintiff will suffer such losses and impairment in the future.

**WHEREFORE,** the Plaintiff, **THOMAS MORRISSEY,** Individually, sues the Defendant, **STARBUCKS,** for compensatory damages in excess of the jurisdictional amount of this Court, exclusive of interest and costs, and demands a trial by jury on all issues so triable as of right by jury.

## COUNT II
## THOMAS MORRISSEY V. JR INVESTMENTS

COMES NOW the Plaintiff, **THOMAS MORRISSEY**, Individually, and sues Defendant, **JR INVESTMENTS**, for damages and states as follows:

17.    The allegations contained in paragraphs one (1) through ten (10) are re-alleged and incorporated into Count One by reference.

18.    That at said time and place, Defendant, **JR INVESTMENTS**, owed Plaintiff, **THOMAS MORRISSEY**, a duty to warn of dangerous conditions on their premises and a duty to use reasonable care in the operation, maintenance, repair, and inspection of their property.

19.    That Defendant, **JR INVESTMENTS,** breached its duties of care owed to the Plaintiff in the following manner:

a.    by negligently failing to warn the Plaintiff, **THOMAS MORRISSEY**, of potential hazards and dangers, due to the presence of an approximately one-inch lip in the sidewalk, which created a hazardous condition on the concrete sidewalk outside of the Starbucks store;

b.    by negligently failing to maintain or adequately maintain the sidewalk where Plaintiff fell, thus creating a hazardous or unreasonably dangerous condition to invitees such as Plaintiff;

c.    by negligently failing to inspect or adequately inspect the sidewalk where Plaintiff fell.

20.    That Defendant, **JR INVESTMENTS**, knew or should have known of the unsafe condition of the premises located at 6707 W Newberry Road, due to the presence of an approximately one-inch lip in the sidewalk, and said Defendant had notice of this dangerous condition, had sufficient time to cure said defect, and failed to do so.

21.    As a direct and proximate result of the negligence of **JR INVESTMENTS**, the Plaintiff, **THOMAS MORRISSEY**, while walking outside of the store premises, fell and sustained serious physical injuries due to the uneven concrete surface which created a dangerous condition outside of said store.

22. That as a direct and proximate result of the foresaid accident of October 19, 2022 Plaintiff, **THOMAS MORRISSEY,** has suffered serious bodily injury, including surgery, suffered physical pain therefrom, lost wages, lost the ability to lead a normal life, suffered mental anguish, disability, and has incurred medical expenses for medical services provided to Plaintiff, **THOMAS**

**MORRISSEY.** Plaintiff's damages are either permanent or continuing in nature and as a result, Plaintiff will suffer such losses and impairment in the future.

  **WHEREFORE,** the Plaintiff, **THOMAS MORRISSEY,** Individually, sues the Defendant, **JR INVESTMENTS,** for compensatory damages in excess of the jurisdictional amount of this Court, exclusive of interest and costs, and demands a trial by jury on all issues so triable as of right by jury.

**COUNT III**
**THOMAS MORRISSEY V. JR LAWRENCEVILLE**

  COMES NOW the Plaintiff, **THOMAS MORRISSEY**, Individually, and sues Defendant, **JR LAWRENCEVILLE**, for damages and states as follows:

  23. The allegations contained in paragraphs one (1) through ten (10) are re-alleged and incorporated into Count One by reference.

  24. That at said time and place, Defendant, **JR LAWRENCEVILLE**, owed Plaintiff, **THOMAS MORRISSEY**, a duty to warn of dangerous conditions on their premises and a duty to use reasonable care in the operation, maintenance, repair, and inspection of their property.

  25. That Defendant, **JR LAWRENCEVILLE,** breached its duties of care owed to the Plaintiff in the following manner:

   a. by negligently failing to warn the Plaintiff, **THOMAS MORRISSEY**, of potential hazards and dangers, due to the presence of an approximately one-inch lip in the sidewalk, which created a hazardous condition on the concrete sidewalk outside of the Starbucks store;

   b. by negligently failing to maintain or adequately maintain the sidewalk where Plaintiff fell, thus creating a hazardous or unreasonably dangerous condition to invitees such

as Plaintiff;

c. by negligently failing to inspect or adequately inspect the sidewalk where Plaintiff fell.

26. That Defendant, **JR LAWRENCEVILLE**, knew or should have known of the unsafe condition of the premises located at 6707 W Newberry Road, due to the presence of an approximately one-inch lip in the sidewalk, and said Defendant had notice of this dangerous condition, had sufficient time to cure said defect, and failed to do so.

27. As a direct and proximate result of the negligence of **JR LAWRENCEVILLE**, the Plaintiff, **THOMAS MORRISSEY**, while walking outside of the store premises, fell and sustained serious physical injuries due to the uneven concrete surface which created a dangerous condition outside of said store.

28. That as a direct and proximate result of the foresaid accident of October 19, 2022 Plaintiff, **THOMAS MORRISSEY,** has suffered serious bodily injury, including surgery, suffered physical pain therefrom, lost wages, lost the ability to lead a normal life, suffered mental anguish, disability, and has incurred medical expenses for medical services provided to Plaintiff, **THOMAS MORRISSEY**.  Plaintiff's damages are either permanent or continuing in nature and as a result, Plaintiff will suffer such losses and impairment in the future.

**WHEREFORE,** the Plaintiff, **THOMAS MORRISSEY,** Individually, sues the Defendant, **JR LAWRENCEVILLE,** for compensatory damages in excess of the jurisdictional amount of this Court, exclusive of interest and costs, and demands a trial by jury on all issues so triable as of right by jury.

Dated this __21st__ day of ___March_____, 2023.

**SCHACKOW & MERCADANTE, P.A.**

 /s/     *MARIE N. BANKS*
**Marie N. Banks, Esquire**
Florida Bar Number: 0113232
**Brian G. Schackow**
Florida Bar Number: 0622877
4545 NW 8th Avenue
Gainesville, Florida 32605
Telephone Number: (352) 371-3000
*Attorneys for Plaintiff*
marie@lawschack.com
brian@lawschack.com

THE EIGHTH JUDICIAL CIRCUIT OF FLORIDA
ADMINISTRATIVE ORDER NO. 3.09

**STANDING CASE MANAGEMENT ORDER IN COUNTY AND CIRCUIT CIVIL CASES**

**WHEREAS**, AOSC20-23 (amendment 10) requires the chief judge of each judicial circuit to promulgate an administrative order adopting a formal case management protocol for civil cases; and

**WHEREAS**, AOSC20-23 (amendment 10) requires the Chief Judge to cause a case management order establishing certain deadlines to be served in every civil case, it is hereby

**ORDERED:**

1.      The presiding judge in each civil case shall actively manage all civil cases and shall strictly comply with Florida Rule of Judicial Administration 2.545(a), (b) and (e).

2.      This order does not apply to cases proceeding under the Small Claims Rules; to landlord/tenant actions; to actions for unlawful detainer; or to any action requiring summary procedure pursuant to section 51.011, Florida Statutes.

3.      A system of differentiated case management shall be utilized in civil cases, which requires designation of each case as one of the following: complex, streamlined, or general.

4.      Complex civil cases shall be so designated pursuant to the criteria in Florida Rule of Civil Procedure 1.201. Upon such designation, complex civil cases shall proceed as stated in that rule.

5.      Factors to be considered by the trial judge in designating a case as streamlined shall include, but are not limited to, cases in which:

|     |     |
|-----|-----|
| (a) | There are no more than two parties; |
| (b) | Issues of liability and damages are not complex; |
| (c) | Relatively few pretrial motions are anticipated; |
| (d) | The need for discovery is limited; |
| (e) | There are relatively few witnesses anticipated; |
| (f) | Documentary evidence is anticipated to be minimal; |
| (g) | The trial is anticipated to take no longer than two (2) days; or |
| (h) | the case is otherwise likely to resolve in less than twelve months. |

6. Any case not specifically designated as complex or streamlined shall be categorized as general.

7. In each civil case, the standing civil case management order (attached hereto as Appendix A) shall be signed by the plaintiff and filed in the court file along with the complaint. The plaintiff shall cause the standing order to be served, along with the complaint, on each named defendant. The Clerk shall not accept a civil case for filing without submission of the signed standing order.

8. Deadlines established herein shall be strictly enforced. This order may be modified when the case is at issue by further order of the court.

**ORDERED ON** this 23 day of April 2021.

Mark W. Moseley, Chief Judge

IN THE EIGHTH JUDICIAL CIRCUIT OF FLORIDA

**STANDING CASE MANAGEMENT ORDER**

[AOSC20-23]

**THIS ACTION** is before the court for case management pursuant to AOSC20-23 (Amendment 10). Therefore, it is **ADJUDGED** that:

1. This case is provisionally designated as a general civil case.

2. **TRIAL DATE**: The projected date for a non-jury trial shall be the first regular trial term taking place one year after the date of filing. The projected date for a jury trial shall be the first regular trial term taking place eighteen months after the date of filing. A firm trial date will be established by the presiding judge when the case is at issue. Trial term dates for each civil division are published on the Eighth Judicial Circuit Court website at https://circuit8.org/court-calendars/master-calendars/. In county court cases, any case redesignated by the trial court as a streamlined case, in cases where the parties request it, or in any other case the trial court deems it appropriate, the trial date may be adjusted to take place sooner. Judges shall apply a firm continuance policy allowing continuances only for good cause shown.

3. **SERVICE**: Unless otherwise extended by court order for good cause shown, service of complaints should be completed within 120 days of filing. Requests for the addition of new parties shall be filed within 180 days of filing.

4. **DISCOVERY**: Fact and expert discovery shall be completed 60 days prior to the trial date set forth above.

5. **PRETRIAL MOTIONS**: Objections to pleadings and pretrial motions shall be resolved a minimum of 30 days prior to the trial date set forth above. Prior to filing ANY motion, counsel

filing the motion shall confer with opposing counsel by telephone or in person in a good faith attempt to resolve the motion. The motion shall contain a good faith statement reflecting the date and time of the conference with opposing counsel. A statement that counsel attempted to confer with opposing counsel is insufficient unless the good faith statement details the date and time of at least three attempts to confer that occurred within the one-month period immediately prior to the filing of the motion.

6. **MEDIATION**: The parties shall conclude mediation at least 90 days prior to the trial date set forth above.

7. Deadlines established herein shall be strictly enforced. "Lawyers must strictly comply with Florida Rule of General Practice and Judicial Administration 2.545(a), which requires lawyers to conclude litigation as soon as it is reasonably and justly possible to do so, and the pandemic alone is not a basis for a lawyer's failure to prepare a case for trial or otherwise actively manage a case." This order may be modified at such time that the case is determined to be at issue. Fla. R. Civ. P. 1.440.

**ORDERED** in Alachua County, Florida, on April 23, 2021.

Mark W. Moseley, Chief Judge
on behalf of all presiding Eighth Circuit civil judges

I HEREBY CERTIFY that I have read and will comply with the foregoing standing order and shall cause it to be filed and served, contemporaneously with the complaint, on all named defendants.

Plaintiff or Plaintiff's Counsel          Date

**IN THE CIRCUIT COURT OF FLORIDA
EIGHTH JUDICIAL CIRCUIT,
IN AND FOR ALACHUA COUNTY, FLORIDA**

**THOMAS MORRISSEY, Individually,**

     **Plaintiff,**

                                   **Case No.:** 2023 CA 001493

**vs.**                                **Division:** J

**JR INVESTMENTS LLC,
JR LAWRENCEVILLE LLC,** and
**STARBUCKS COFFEE COMPANY d/b/a STARBUCKS**

     **Defendants**

_____/

## SUMMONS

**THE STATE OF FLORIDA:**

     TO EACH SHERIFF OF THE STATE: You are hereby commanded to service this Summons and a copy of this Complaint or Petition in this lawsuit on the below-named Defendant:

**JR LAWRENCEVILLE, LLC
c/o FLOYD, SAMMONS & SPANJERS, P.A., registered agents
1556 6 ST SE
WINTER HAVEN, FL 33880**

     Each Defendant is required to serve written defenses to the Complaint on Marie Banks, attorney, whose address is SCHACKOW & MERCADANTE, P.A., 4545 NW 8th Avenue, Gainesville, FL 32605, within twenty (20) days after service of this Summons on that Defendant, exclusive of the day of service, and to file the original defenses with the Clerk of this Court either before service on Plaintiff's attorney or immediately thereafter. If a Defendant fails to do so, a default will be entered against that Defendant for the relief demanded in the Complaint or petition.

WITNESS my hand and seal of this Court this ___24___ day of _____MARCH_____, 2023.

Alachua County Courthouse
201 E. University Ave
Gainesville, FL 32601

                                           J.K. "JESS" IRBY, Esq.
                                         Clerk of the Circuit Court

                                         By
                                         Deputy Clerk

Filing # 169255526 E-Filed 03/21/2023 02:47:41 PM

IN THE CIRCUIT COURT OF FLORIDA
EIGHTH JUDICIAL CIRCUIT,
IN AND FOR ALACHUA COUNTY, FLORIDA

THOMAS MORRISSEY, Individually,

    Plaintiff,

                                      Case No.:
vs.                                Division:

PACWEST MANAGEMENT, INC., a Foreign
For Profit Corporation, JR INVESTMENTS LLC, a
Florida Limited Liability Company,
JR LAWRENCEVILLE LLC, a Foreign Limited
Liability Company,
STARBUCKS COFFEE COMPANY d/b/a STARBUCKS

    Defendants
_____/

**SUMMONS**

THE STATE OF FLORIDA:

    TO EACH SHERIFF OF THE STATE: You are hereby commanded to service this Summons and a copy of this Complaint or Petition in this lawsuit on the below-named Defendant:

**JR INVESTMENTS, LLC
c/o JOSEPH RAMANI, AGENT
11111 SANTA MONICA BLVD, STE 520
LOS ANGELES, CA 90025**

    Each Defendant is required to serve written defenses to the Complaint on Marie Banks, attorney, whose address is SCHACKOW & MERCADANTE, P.A., 4545 NW 8th Avenue, Gainesville, FL 32605, within twenty (20) days after service of this Summons on that Defendant, exclusive of the day of service, and to file the original defenses with the Clerk of this Court either before service on Plaintiff's attorney or immediately thereafter. If a Defendant fails to do so, a default will be entered against that Defendant for the relief demanded in the Complaint or petition.

WITNESS my hand and seal of this Court this _____day of _____, 2023.

Alachua County Courthouse           J.K. "JESS" IRBY, Esq.
201 E. University Ave             Clerk of the Circuit Court
Gainesville, FL 32601

CLERK UNABLE TO ISSUE

By: _____
             Deputy Clerk

STYLE OF THE SUMMONS DOES NOT MATCH THE STYLE OF THE COMPLAINT

"2023 CA 001493" 169255526 Filed at Alachua County Clerk 03/21/2023 02:47:48 PM EDT

IN THE CIRCUIT COURT OF FLORIDA
EIGHTH JUDICIAL CIRCUIT,
IN AND FOR ALACHUA COUNTY, FLORIDA

**THOMAS MORRISSEY, Individually,**

     **Plaintiff,**

**vs.**

                                     **Case No.:** 2023 CA 001493
                                     **Division:** J

**JR INVESTMENTS LLC,**
**JR LAWRENCEVILLE LLC,** and
**STARBUCKS COFFEE COMPANY d/b/a STARBUCKS**

     **Defendants**

_____/

**<u>SUMMONS</u>**

**THE STATE OF FLORIDA:**

     TO EACH SHERIFF OF THE STATE: You are hereby commanded to service this Summons and a copy of this Complaint or Petition in this lawsuit on the below-named Defendant:

**STARBUCKS COFFEE COMPANY d/b/a STARBUCKS**
**c/o THE PRENTICE-HALL CORPORATION SYSTEM, INC.**
**1201 HAYS STREET**
**TALLAHASSEE, FL 32301**

     Each Defendant is required to serve written defenses to the Complaint on Marie Banks, attorney, whose address is SCHACKOW & MERCADANTE, P.A., 4545 NW 8th Avenue, Gainesville, FL 32605, within twenty (20) days after service of this Summons on that Defendant, exclusive of the day of service, and to file the original defenses with the Clerk of this Court either before service on Plaintiff's attorney or immediately thereafter. If a Defendant fails to do so, a default will be entered against that Defendant for the relief demanded in the Complaint or petition.

WITNESS my hand and seal of this Court this ____24____ day of _____MARCH_____, 2023.

Alachua County Courthouse
201 E. University Ave
Gainesville, FL 32601

J.K. "JESS" IRBY, Esq.
Clerk of the Circuit Court

By: _____
Deputy Clerk

**IN THE CIRCUIT COURT OF FLORIDA**
**EIGHTH JUDICIAL CIRCUIT,**
**IN AND FOR ALACHUA COUNTY, FLORIDA**

**THOMAS MORRISSEY, Individually,**

        **Plaintiff,**

                                               **Case No.: 2023 CA 001493**
**vs.**                                          **Division: J**

**JR INVESTMENTS LLC,**
**JR LAWRENCEVILLE LLC,** and
**STARBUCKS COFFEE COMPANY d/b/a STARBUCKS**

        **Defendants**
_____/

**AMENDED COMPLAINT**

Comes now, Plaintiff, **THOMAS MORRISSEY**, Individually, and sues Defendants, **JR INVESTMENTS LLC, JR LAWRENCEVILLE, LLC,** and **STARBUCKS COFFEE COMPANY d/b/a STARBUCK,** for damages and states as follows:

**GENERAL ALLEGATIONS**

1.    This is an action for damages which exceeds the sum of **FIFTY THOUSAND DOLLARS** ($50,000.00), exclusive of interest and costs.

2.    That at all times material to this action, the Plaintiff, **THOMAS MORRISSEY** was *sui juris* and a resident of the State of Florida.

3.    That at all times material to this action, the Defendant **STARBUCKS COFFEE COMPANY d/b/a STARBUCKS** (hereafter referred to as "STARBUCKS"), was a for-profit foreign corporation, authorized to do business and was doing business in the State of Florida at 6707 W Newberry Road, Gainesville, Alachua County, Florida.

4.     That at all times material to this action, the Defendant, **STARBUCKS**, was in possession and control of the premises located at 6707 W Newberry Road, Gainesville, Alachua County, Florida and held themselves out to the public as a coffee shop open for business.

5.     That at all times material to this action, the Defendant **JR INVESTMENTS LLC** (hereafter referred to as "JR INVESTMENTS"), was a California limited liability company authorized to do business and was doing business in Gainesville, Alachua County, Florida.

6.     That at all times material to this action, the Defendant, **JR INVESTMENTS**, was in possession and control of the premises located at 6707 W Newberry Road, Gainesville, Alachua County, Florida.

7.     That at all times material to this action, the Defendant **JR LAWRENCEVILLE LLC** (hereafter referred to as "JR LAWRENCEVILLE"), was a Georgia limited liability company authorized to do business and was doing business in the State of Florida.

8.     That at all times material to this action, the Defendant, **JR LAWRENCEVILLE**, was in possession and control of the premises located at 6707 W Newberry Road, Gainesville, Alachua County, Florida.

9.     That on or about October 19, 2022, the Plaintiff, **THOMAS MORRISSEY**, was a customer in the Starbucks coffee shop located at 6707 W Newberry Road, Gainesville, Alachua County, Florida.

10.     That at said time and place, the Plaintiff, **THOMAS MORRISSEY**, while on the Defendants' premises located at 6706 W Newberry Road, Gainesville, Alachua County, Florida, sustained physical injuries when he fell due to his foot tripping over a raised lip of the sidewalk. The subject area was raised approximately one (1) inch from the rest of the sidewalk.

**COUNT I**
**THOMAS MORRISSEY V. STARBUCKS**

COMES NOW the Plaintiff, **THOMAS MORRISSEY**, Individually, and sues Defendant, **STARBUCKS**, for damages and states as follows:

11.    The allegations contained in paragraphs one (1) through ten (10) are re-alleged and incorporated into Count One by reference.

12.    That at said time and place, Defendant, **STARBUCKS**, owed Plaintiff, **THOMAS MORRISSEY**, a duty to warn of dangerous conditions on their premises and a duty to use reasonable care in the operation, maintenance, repair, and inspection of their property.

13.    That Defendant, **STARBUCKS,** breached its duties of care owed to the Plaintiff in the following manner:

    a.    by negligently failing to warn the Plaintiff, **THOMAS MORRISSEY**, of potential hazards and dangers, due to the presence of an approximately one-inch lip in the sidewalk, which created a hazardous condition on the concrete sidewalk outside of the Starbucks store;

    b.    by negligently failing to maintain or adequately maintain the sidewalk where Plaintiff fell, thus creating a hazardous or unreasonably dangerous condition to invitees such as Plaintiff;

    c.    by negligently failing to inspect or adequately inspect the sidewalk where Plaintiff fell;

14.    That Defendant, **STARBUCKS**, knew or should have known of the unsafe condition of the premises located at 6707 W Newberry Road, due to the presence of an approximately one-inch lip in the sidewalk, and said Defendant had notice of this dangerous condition, had sufficient

time to cure said defect, and failed to do so.

15.    As a direct and proximate result of the negligence of **STARBUCKS**, the Plaintiff, **THOMAS MORRISSEY**, while walking outside of the store premises, fell and sustained serious physical injuries due to the uneven concrete surface which created a dangerous condition outside of said store.

16.    That as a direct and proximate result of the foresaid accident of October 19, 2022 Plaintiff, **THOMAS MORRISSEY,** has suffered serious bodily injury, including surgery, suffered physical pain therefrom, lost wages, lost the ability to lead a normal life, suffered mental anguish, disability, and has incurred medical expenses for medical services provided to Plaintiff, **THOMAS MORRISSEY.**  Plaintiff's damages are either permanent or continuing in nature and as a result, Plaintiff will suffer such losses and impairment in the future.

**WHEREFORE,** the Plaintiff, **THOMAS MORRISSEY,** Individually, sues the Defendant, **STARBUCKS,** for compensatory damages in excess of the jurisdictional amount of this Court, exclusive of interest and costs, and demands a trial by jury on all issues so triable as of right by jury.

## COUNT II
## THOMAS MORRISSEY V. JR INVESTMENTS

COMES NOW the Plaintiff, **THOMAS MORRISSEY**, Individually, and sues Defendant, **JR INVESTMENTS**, for damages and states as follows:

17.    The allegations contained in paragraphs one (1) through ten (10) are re-alleged and incorporated into Count One by reference.

18.    That at said time and place, Defendant, **JR INVESTMENTS**, owed Plaintiff, **THOMAS MORRISSEY**, a duty to warn of dangerous conditions on their premises and a duty to use reasonable care in the operation, maintenance, repair, and inspection of their property.

19. That Defendant, **JR INVESTMENTS,** breached its duties of care owed to the Plaintiff in the following manner:

a. by negligently failing to warn the Plaintiff, **THOMAS MORRISSEY**, of potential hazards and dangers, due to the presence of an approximately one-inch lip in the sidewalk, which created a hazardous condition on the concrete sidewalk outside of the Starbucks store;

b. by negligently failing to maintain or adequately maintain the sidewalk where Plaintiff fell, thus creating a hazardous or unreasonably dangerous condition to invitees such as Plaintiff;

c. by negligently failing to inspect or adequately inspect the sidewalk where Plaintiff fell.

20. That Defendant, **JR INVESTMENTS,** knew or should have known of the unsafe condition of the premises located at 6707 W Newberry Road, due to the presence of an approximately one-inch lip in the sidewalk, and said Defendant had notice of this dangerous condition, had sufficient time to cure said defect, and failed to do so.

21. As a direct and proximate result of the negligence of **JR INVESTMENTS**, the Plaintiff, **THOMAS MORRISSEY**, while walking outside of the store premises, fell and sustained serious physical injuries due to the uneven concrete surface which created a dangerous condition outside of said store.

22. That as a direct and proximate result of the foresaid accident of October 19, 2022 Plaintiff, **THOMAS MORRISSEY,** has suffered serious bodily injury, including surgery, suffered physical pain therefrom, lost wages, lost the ability to lead a normal life, suffered mental anguish, disability, and has incurred medical expenses for medical services provided to Plaintiff, **THOMAS**

**MORRISSEY.** Plaintiff's damages are either permanent or continuing in nature and as a result, Plaintiff will suffer such losses and impairment in the future.

**WHEREFORE,** the Plaintiff, **THOMAS MORRISSEY,** Individually, sues the Defendant, **JR INVESTMENTS,** for compensatory damages in excess of the jurisdictional amount of this Court, exclusive of interest and costs, and demands a trial by jury on all issues so triable as of right by jury.

<u>**COUNT III**</u>
<u>**THOMAS MORRISSEY V. JR LAWRENCEVILLE**</u>

COMES NOW the Plaintiff, **THOMAS MORRISSEY**, Individually, and sues Defendant, **JR LAWRENCEVILLE**, for damages and states as follows:

23.    The allegations contained in paragraphs one (1) through ten (10) are re-alleged and incorporated into Count One by reference.

24.    That at said time and place, Defendant, **JR LAWRENCEVILLE**, owed Plaintiff, **THOMAS MORRISSEY**, a duty to warn of dangerous conditions on their premises and a duty to use reasonable care in the operation, maintenance, repair, and inspection of their property.

25.    That Defendant, **JR LAWRENCEVILLE,** breached its duties of care owed to the Plaintiff in the following manner:

a.    by negligently failing to warn the Plaintiff, **THOMAS MORRISSEY**, of potential hazards and dangers, due to the presence of an approximately one-inch lip in the sidewalk, which created a hazardous condition on the concrete sidewalk outside of the Starbucks store;

b.    by negligently failing to maintain or adequately maintain the sidewalk where Plaintiff fell, thus creating a hazardous or unreasonably dangerous condition to invitees such

as Plaintiff;

c.     by negligently failing to inspect or adequately inspect the sidewalk where Plaintiff fell.

26.     That Defendant, **JR LAWRENCEVILLE**, knew or should have known of the unsafe condition of the premises located at 6707 W Newberry Road, due to the presence of an approximately one-inch lip in the sidewalk, and said Defendant had notice of this dangerous condition, had sufficient time to cure said defect, and failed to do so.

27.     As a direct and proximate result of the negligence of **JR LAWRENCEVILLE**, the Plaintiff, **THOMAS MORRISSEY**, while walking outside of the store premises, fell and sustained serious physical injuries due to the uneven concrete surface which created a dangerous condition outside of said store.

28.     That as a direct and proximate result of the foresaid accident of October 19, 2022 Plaintiff, **THOMAS MORRISSEY,** has suffered serious bodily injury, including surgery, suffered physical pain therefrom, lost wages, lost the ability to lead a normal life, suffered mental anguish, disability, and has incurred medical expenses for medical services provided to Plaintiff, **THOMAS MORRISSEY**.  Plaintiff's damages are either permanent or continuing in nature and as a result, Plaintiff will suffer such losses and impairment in the future.

**WHEREFORE,** the Plaintiff, **THOMAS MORRISSEY,** Individually, sues the Defendant, **JR LAWRENCEVILLE,** for compensatory damages in excess of the jurisdictional amount of this Court, exclusive of interest and costs, and demands a trial by jury on all issues so triable as of right by jury.

Dated this **__11th___** day of ___April_____, 2023.

**SCHACKOW & MERCADANTE, P.A.**

 /s/     *MARIE N. BANKS*
**Marie N. Banks, Esquire**
Florida Bar Number: 0113232
**Brian G. Schackow**
Florida Bar Number: 0622877
4545 NW 8th Avenue
Gainesville, Florida 32605
Telephone Number: (352) 371-3000
*Attorneys for Plaintiff*
marie@lawschack.com
brian@lawschack.com

# IN THE CIRCUIT COURT OF FLORIDA
## EIGHTH JUDICIAL CIRCUIT,
### IN AND FOR ALACHUA COUNTY, FLORIDA

**THOMAS MORRISSEY, Individually,**

      **Plaintiff,**

                                            **Case No.: 2023 CA 001493**

**vs.**                                           **Division: J**

**JR INVESTMENTS LLC,**
**JR LAWRENCEVILLE LLC, and**
**STARBUCKS COFFEE COMPANY d/b/a STARBUCKS**

      **Defendants**
_____/

## SUMMONS

**THE STATE OF FLORIDA:**

    TO EACH SHERIFF OF THE STATE: You are hereby commanded to service this Summons and a copy of this Complaint or Petition in this lawsuit on the below-named Defendant:

### JR INVESTMENTS, LLC
### c/o JOSEPH RAMANI, AGENT
### 11111 SANTA MONICA BLVD, STE 520
### LOS ANGELES, CA 90025

    Each Defendant is required to serve written defenses to the Complaint on Marie Banks, attorney, whose address is SCHACKOW & MERCADANTE, P.A., 4545 NW 8th Avenue, Gainesville, FL 32605, within twenty (20) days after service of this Summons on that Defendant, exclusive of the day of service, and to file the original defenses with the Clerk of this Court either before service on Plaintiff's attorney or immediately thereafter. If a Defendant fails to do so, a default will be entered against that Defendant for the relief demanded in the Complaint or petition.

WITNESS my hand and seal of this Court this _____ day of _____, 2023.

CLERK UNABLE TO ISSUE

| | |
|---|---|
| Alachua County Courthouse | J.K. "JESS" IRBY, Esq. |
| 201 E. University Ave | Clerk of the Circuit Court |
| Gainesville, FL 32601 | By: _____ |
| | Deputy Clerk |



SUMMONS DOES NOT STATE AMENDED COMPLAINT; RESUBMIT AS A "CORRECTED SUMMONS" AS THE $10 HAS ALREADY BEEN PAID. MJP

**IN THE CIRCUIT COURT OF FLORIDA
EIGHTH JUDICIAL CIRCUIT,
IN AND FOR ALACHUA COUNTY, FLORIDA**

**THOMAS MORRISSEY, Individually,**

      **Plaintiff,**

                                                        **Case No.:**

**vs.**                                                  **Division:**

**JR INVESTMENTS LLC,
JR LAWRENCEVILLE LLC,** and
**STARBUCKS COFFEE COMPANY d/b/a STARBUCKS**

      **Defendants**

_____/

## <u>CORRECTED SUMMONS</u>

**THE STATE OF FLORIDA:**

      TO EACH SHERIFF OF THE STATE: You are hereby commanded to service this Summons and a copy of this Amended Complaint or Petition in this lawsuit on the below-named Defendant:

**JR LAWRENCEVILLE, LLC
c/o FLOYD, SAMMONS & SPANJERS, P.A., registered agents
1556 6 ST SE
WINTER HAVEN, FL 33880**

      Each Defendant is required to serve written defenses to the Amended Complaint on Marie Banks, attorney, whose address is SCHACKOW & MERCADANTE, P.A., 4545 NW 8th Avenue, Gainesville, FL 32605, within twenty (20) days after service of this Summons on that Defendant, exclusive of the day of service, and to file the original defenses with the Clerk of this Court either before service on Plaintiff's attorney or immediately thereafter. If a Defendant fails to do so, a default will be entered against that Defendant for the relief demanded in the Amended Complaint or petition.

**CLERK UNABLE TO ISSUE**

WITNESS my hand and seal of this Court this _____ day of _____, 2023.

**AS $10 SUMMONS ISSUANCE FEE OWED**

Alachua County Courthouse                  J.K. "JESS" IRBY, Esq.
201 E. University Ave                        Clerk of the Circuit Court
Gainesville, FL 32601

                                          By: _____
                                                Deputy Clerk

**IN THE CIRCUIT COURT OF FLORIDA**
**EIGHTH JUDICIAL CIRCUIT,**
**IN AND FOR ALACHUA COUNTY, FLORIDA**

**THOMAS MORRISSEY, Individually,**

      **Plaintiff,**

                                         **Case No.:**
**vs.**                                   **Division:**

**JR INVESTMENTS LLC,**
**JR LAWRENCEVILLE LLC,** and
**STARBUCKS COFFEE COMPANY d/b/a STARBUCKS**

      **Defendants**
_____/

### CORRECTED SUMMONS

**THE STATE OF FLORIDA:**

    TO EACH SHERIFF OF THE STATE: You are hereby commanded to service this Summons and a copy of this Amended Complaint or Petition in this lawsuit on the below-named Defendant:

**STARBUCKS COFFEE COMPANY d/b/a STARBUCKS**
**c/o THE PRENTICE-HALL CORPORATION SYSTEM, INC.**
**1201 HAYS STREET**
**TALLAHASSEE, FL 32301**

    Each Defendant is required to serve written defenses to the Amended Complaint on Marie Banks, attorney, whose address is SCHACKOW & MERCADANTE, P.A., 4545 NW 8th Avenue, Gainesville, FL 32605, within twenty (20) days after service of this Summons on that Defendant, exclusive of the day of service, and to file the original defenses with the Clerk of this Court either before service on Plaintiff's attorney or immediately thereafter. If a Defendant fails to do so, a default will be entered against that Defendant for the relief demanded in the Amended Complaint or petition.

    WITNESS my hand and seal of this Court this _____day of _____, 2023.

Alachua County Courthouse                          J.K. "JESS" IRBY, Esq.
201 E. University Ave                              Clerk of the Circuit Court
Gainesville, FL 32601

                                       By: _____
                                                   Deputy Clerk

CLERK UNABLE TO ISSUE
AS $10 SUMMONS ISSUANCE FEE OWED

IN THE CIRCUIT COURT OF FLORIDA
EIGHTH JUDICIAL CIRCUIT,
IN AND FOR ALACHUA COUNTY, FLORIDA

**THOMAS MORRISSEY, Individually,**

       **Plaintiff,**

                                             **Case No.: 2023 CA 001493**
**vs.**                                               **Division: J**

**JR INVESTMENTS LLC,**
**JR LAWRENCEVILLE LLC,** and
**STARBUCKS COFFEE COMPANY d/b/a STARBUCKS**

       **Defendants**
_____/     <u>**CORRECTED SUMMONS**</u>

**THE STATE OF FLORIDA:**

     TO EACH SHERIFF OF THE STATE: You are hereby commanded to service this Summons and a copy of this Amended Complaint or Petition in this lawsuit on the below-named Defendant:

**JR INVESTMENTS, LLC**
**c/o JOSEPH RAMANI, AGENT**
**11111 SANTA MONICA BLVD, STE 520**
**LOS ANGELES, CA 90025**

     Each Defendant is required to serve written defenses to the Amended Complaint on Marie Banks, attorney, whose address is SCHACKOW & MERCADANTE, P.A., 4545 NW 8th Avenue, Gainesville, FL 32605, within twenty (20) days after service of this Summons on that Defendant, exclusive of the day of service, and to file the original defenses with the Clerk of this Court either before service on Plaintiff's attorney or immediately thereafter. If a Defendant fails to do so, a default will be entered against that Defendant for the relief demanded in the Amended Complaint or petition.

     WITNESS my hand and seal of this Court this ___2nd___ day of _____MAY_____, 2023.

Alachua County Courthouse
201 E. University Ave
Gainesville, FL 32601

                            J.K. "JESS" IRBY, Esq.
                            Clerk of the Circuit Court
                            By:_____
                                Deputy Clerk

# IN THE CIRCUIT COURT OF FLORIDA
## EIGHTH JUDICIAL CIRCUIT,
### IN AND FOR ALACHUA COUNTY, FLORIDA

**THOMAS MORRISSEY, Individually,**

      **Plaintiff,**

**vs.**

                             **Case No.: 2023 CA 001493**
                             **Division: J**

**JR INVESTMENTS LLC,**
**JR LAWRENCEVILLE LLC,** and
**STARBUCKS COFFEE COMPANY d/b/a STARBUCKS**

      **Defendants**
_____/

## CORRECTED SUMMONS

**THE STATE OF FLORIDA:**

      TO EACH SHERIFF OF THE STATE: You are hereby commanded to service this Summons and a copy of this Amended Complaint or Petition in this lawsuit on the below-named Defendant:

### JR INVESTMENTS, LLC
### c/o JOSEPH RAMANI, AGENT
### 11111 SANTA MONICA BLVD, STE 520
### LOS ANGELES, CA 90025

      Each Defendant is required to serve written defenses to the Amended Complaint on Marie Banks, attorney, whose address is SCHACKOW & MERCADANTE, P.A., 4545 NW 8th Avenue, Gainesville, FL 32605, within twenty (20) days after service of this Summons on that Defendant, exclusive of the day of service, and to file the original defenses with the Clerk of this Court either before service on Plaintiff's attorney or immediately thereafter. If a Defendant fails to do so, a default will be entered against that Defendant for the relief demanded in the Amended Complaint or petition.

      WITNESS my hand and seal of this Court this __2nd__ day of _____MAY_____, 2023.

Alachua County Courthouse
201 E. University Ave
Gainesville, FL 32601

J.K. "JESS" IRBY, Esq.
Clerk of the Circuit Court
By: _Marilyn Parkers_
             Deputy Clerk

IN THE CIRCUIT COURT OF FLORIDA
EIGHTH JUDICIAL CIRCUIT,
IN AND FOR ALACHUA COUNTY, FLORIDA

**THOMAS MORRISSEY, Individually,**

   **Plaintiff,**

**vs.**

              **Case No.: 2023 CA 001493**
              **Division: J**

**JR INVESTMENTS LLC,**
**JR LAWRENCEVILLE LLC, and**
**STARBUCKS COFFEE COMPANY d/b/a STARBUCKS**

   **Defendants**
   _____/

## PLAINTIFFS' MOTION FOR EXTENSION OF TIME FOR SERVICE OF PROCESS

**COMES NOW**, Plaintiff, **THOMAS MORRISSEY** by and through the undersigned counsel, pursuant to Rule 1.070(j), and hereby moves the Court for an extension of time to achieve service of process on Defendants, **JR INVESTMENTS LLC, JR LAWRENCEVILLE LLC,** and **STARBUCKS COFFEE COMPANY d/b/a STARBUCKS.** As grounds therefore, Plaintiff would show as follows:

1. This negligence action was filed on March 21, 2023. The one hundred twenty (120) day service deadline is July 19, 2023.

2. Plaintiff is currently engaged in settlement discussions with Defendant, and hopes to resolve all issues in this action and thereby avoid the necessity of service of process on the Defendants and prevent unnecessary litigation costs in this action.

3. Pursuant to Rule 1.090(b), this Court may, with or without notice, order the period for service enlarged, if the request has been made before the expiration of the period

originally prescribed. The one hundred twenty (120) day period for service expires on July 19, 2023. This Motion for extension/enlargement of time is being made prior to the expiration of the original period for service of process. Accordingly, this Court may Order the extension/enlargement regardless of the showing of cause, and with or without notice.

WHEREFORE, Plaintiff respectfully requests this Court enter an Order extending the time to effect service of process upon Defendants, **JR INVESTMENTS LLC, JR LAWRENCEVILLE LLC,** and **STARBUCKS COFFEE COMPANY d/b/a STARBUCKS.** for an additional one hundred twenty (120) days, beginning on July 19, 2023.

Dated this __28th__ day of June, 2023.

**SCHACKOW & MERCADANTE, P.A.**

__/s/    MARIE N. BANKS__
**Marie N. Banks, Esquire**
Florida Bar Number: 0113232
**Brian G. Schackow**
Florida Bar Number: 0622877
4545 NW 8th Avenue
Gainesville, Florida 32605
Telephone Number: (352) 371-3000
*Attorneys for Plaintiff*
marie@lawschack.com
brian@lawschack.com

**IN THE CIRCUIT COURT OF FLORIDA**
**EIGHTH JUDICIAL CIRCUIT,**
**IN AND FOR ALACHUA COUNTY, FLORIDA**

**THOMAS MORRISSEY, Individually,**
      **Plaintiff,**                                   **Case No.: 2023 CA 001493**
**vs.**                                              **Division: J**

**JR INVESTMENTS LLC,**
**JR LAWRENCEVILLE LLC,** and
**STARBUCKS COFFEE COMPANY d/b/a STARBUCKS**
      **Defendants**
_____/

## ORDER GRANTING PLAINTIFF'S MOTION
## FOR EXTENSION OF TIME FOR SERVICE OF PROCESS

THIS CAUSE CAME before the Court on Plaintiff's Motion for Extension of Time for Service of Process, and having reviewed said Motion and being duly advised in the premises, it is hereby

ORDERED AND ADJUDGED:

1. That Plaintiffs' Motion for Extension of Time for Service of Process is hereby GRANTED.

2. That Plaintiffs shall have a period of one hundred twenty (120), beginning on July 19, 2023 to effectuate service of process on the Defendants.

Done and Ordered in Chambers in Gainesville, Alachua County, Florida on this Thursday, June 29, 2023.

01-2023-CA-001493 06/29/2023 04:23:37 PM

Donna M. Keim, Circuit Judge
01-2023-CA-001493 06/29/2023 04:23:37 PM

<u>CERTIFICATE OF SERVICE</u>

       I do hereby certify that a true and correct copy of the above has been served by e-portal or by First Class US Mail on this Thursday, June 29, 2023.

MARIE N BANKS, ESQ
marie@lawschack.com
teresa@lawschack.com
brian@lawschack.com

JR INVESTMENTS LLC
C/O JOSEPM RAMANI, AGENT
11111 SANTA MONICA BLVD, STE 520
LOS ANGELES, CA 90025

JR LAWRENCEVILLE LLC
C/O FLOYD SAMMONS & SPANJERS, P.A., R.A.
1556 6 ST NE
WINTER HAVEN, FL 33880

STARBUCKS COFFEE COMPANY
C/O THE PRENTICE-HALL CORPORATION SYSTEM INC
1201 HAYS ST
TALLAHASSEE, FL 32301

01-2023-CA-001493 06/29/2023 04:27:06 PM

Theresa Hall, Judicial Assistant
01-2023-CA-001493 06/29/2023 04:27:06 PM

**IN THE CIRCUIT COURT**
**OF THE EIGHTH JUDICIAL CIRCUIT**
**IN AND FOR ALACHUA COUNTY, FLORIDA**

**CASE NUMBER: 01-2023-CA-001493**
**Circuit Civil Division J**

**THOMAS MORRISSEY,**
  **Plaintiff,**

**-vs-**

**JR INVESTMENTS LLC**
**JR LAWRENCEVILLE LLC**
**STARBUCKS COFFEE COMPANY,**
  **Defendant.**

_____

## ORDER TO SERVE OR DISMISS

    **THIS CAUSE** having come before the Court for Case Management review, and the Court having reviewed the file and being otherwise fully advised in the premises, finds that this case was filed on Tuesday, March 21, 2023, and the Plaintiff has not served the initial pleading on the Defendant(s). It is thereupon

    **ORDERED AND ADJUDGED** that the Plaintiff shall have an additional 20 days from the date of this Order to serve the Defendant or this matter may be dismissed by the Court. More than 120 days have elapsed since the issuance of the initial pleading and service on the defendant has not been obtained.

    Wherefore, pursuant to Fla. Rules Civ. Pro. 1.070(j), Plaintiff shall show good cause or excusable neglect for the failure to obtain service of process on the defendant or this matter shall be dismissed without prejudice.

**DONE AND ORDERED** on Friday, August 4, 2023.

01-2023-CA-001493 08/04/2023 10:34:42 AM

Donna M. Keim, Circuit Judge
01-2023-CA-001493 08/04/2023 10:34:42 AM

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that copies have been furnished by U.S. Mail or via filing with the Florida Courts E-Filing Portal on Friday, August 4, 2023 to the following:

MARIE N BANKS, ESQ
marie@lawschack.com
teresa@lawschack.com
brian@lawschack.com

01-2023-CA-001493 08/04/2023 03:12:01 PM

Theresa Hall, Judicial Assistant
01-2023-CA-001493 08/04/2023 03:12:01 PM

**IN THE CIRCUIT COURT OF FLORIDA
EIGHTH JUDICIAL CIRCUIT,
IN AND FOR ALACHUA COUNTY, FLORIDA**

**THOMAS MORRISSEY, Individually,**

     **Plaintiff,**

                                           **Case No.:** 01 2023 CA 001493

**vs.**                                            **Division:**

**JR INVESTMENTS LLC,
JR LAWRENCEVILLE LLC,** and
**STARBUCKS COFFEE COMPANY d/b/a STARBUCKS**

     **Defendants**

_____/

## CORRECTED SUMMONS

**THE STATE OF FLORIDA:**

     TO EACH SHERIFF OF THE STATE: You are hereby commanded to service this Summons and a copy of this Amended Complaint or Petition in this lawsuit on the below-named Defendant:

**JR LAWRENCEVILLE, LLC
c/o FLOYD, SAMMONS & SPANJERS, P.A., registered agents
1556 6 ST SE
WINTER HAVEN, FL 33880**

     Each Defendant is required to serve written defenses to the Amended Complaint on Marie Banks, attorney, whose address is SCHACKOW & MERCADANTE, P.A., 4545 NW 8th Avenue, Gainesville, FL 32605, within twenty (20) days after service of this Summons on that Defendant, exclusive of the day of service, and to file the original defenses with the Clerk of this Court either before service on Plaintiff's attorney or immediately thereafter. If a Defendant fails to do so, a default will be entered against that Defendant for the relief demanded in the Amended Complaint or petition.

     WITNESS my hand and seal of this Court this ___12TH__ day of __OCTOBER_____, 2023.

Alachua County Courthouse
201 E. University Ave
Gainesville, FL 32601

                               J.K. "JESS" IRBY, Esq.
                               Clerk of the Circuit Court
                               By:
                                    Deputy Clerk



# Notice of Service of Process

| | |
|---|---|
| **Primary Contact:** | Melissa Armstrong<br>Starbucks Corporation Legal Department<br>2401 Utah Ave. S., Suite 800<br>Seattle, WA 98134-1435 |

| | |
|---|---|
| **Electronic copy provided to:** | Regina Boyd |

| | |
|---|---|
| **Entity:** | Starbucks Coffee Company<br>Entity ID Number  0178010 |
| **Entity Served:** | Starbucks Coffee Company D/B/A Starbucks |
| **Title of Action:** | Thomas Morrissey vs. Jr Investments LLC |
| **Matter Name/ID:** | Thomas Morrissey vs. Jr Investments LLC (14308002) |
| **Document(s) Type:** | Summons and Amended Complaint |
| **Nature of Action:** | Personal Injury |
| **Court/Agency:** | Alachua County Circuit Court, FL |
| **Case/Reference No:** | 2023 CA 001493 |
| **Jurisdiction Served:** | Florida |
| **Date Served on CSC:** | 11/03/2023 |
| **Answer or Appearance Due:** | 20 Days |
| **Originally Served On:** | CSC |
| **How Served:** | Personal Service |
| Sender Information: | Schackow & Mercadante, P.A.<br>352-371-3000 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**

251 Little Falls Drive, Wilmington, Delaware 19808-1674   (888) 690-2882   |   sop@cscglobal.com

Filing # 183827731 E-Filed 10/12/2023 11:46:44 AM

### IN THE CIRCUIT COURT OF FLORIDA
### EIGHTH JUDICIAL CIRCUIT,
### IN AND FOR ALACHUA COUNTY, FLORIDA

THOMAS MORRISSEY, Individually,

     **Plaintiff,**

vs.

                                 **Case No.:01 2023 CA 001493**
                                 **Division:**

JR INVESTMENTS LLC,
JR LAWRENCEVILLE LLC, and
STARBUCKS COFFEE COMPANY d/b/a STARBUCKS

     **Defendants**
_____/

### CORRECTED SUMMONS

THE STATE OF FLORIDA:

     TO EACH SHERIFF OF THE STATE: You are hereby commanded to service this Summons and a copy of this Amended Complaint or Petition in this lawsuit on the below-named Defendant:

               **STARBUCKS COFFEE COMPANY d/b/a STARBUCKS**
               **c/o THE PRENTICE-HALL CORPORATION SYSTEM, INC.**
               **1201 HAYS STREET**
               **TALLAHASSEE, FL 32301**

     Each Defendant is required to serve written defenses to the Amended Complaint on Marie Banks, attorney, whose address is SCHACKOW & MERCADANTE, P.A., 4545 NW 8th Avenue, Gainesville, FL 32605, within twenty (20) days after service of this Summons on that Defendant, exclusive of the day of service, and to file the original defenses with the Clerk of this Court either before service on Plaintiff's attorney or immediately thereafter. If a Defendant fails to do so, a default will be entered against that Defendant for the relief demanded in the Amended Complaint or petition.

WITNESS my hand and seal of this Court this   **12TH**   day of   **OCTOBER**  , 2023.

Alachua County Courthouse
201 E. University Ave
Gainesville, FL 32601

                         J.K. "JESS" IRBY, Esq.
                         Clerk of the Circuit Court
                         By:
                                 Deputy Clerk

IN THE CIRCUIT COURT OF FLORIDA
EIGHTH JUDICIAL CIRCUIT,
IN AND FOR ALACHUA COUNTY, FLORIDA

THOMAS MORRISSEY, Individually,

      Plaintiff,

vs.

                                  Case No.: 2023 CA 001493
                                  Division: J

JR INVESTMENTS LLC,
JR LAWRENCEVILLE LLC, and
STARBUCKS COFFEE COMPANY d/b/a STARBUCKS

      Defendants
_____/

## AMENDED COMPLAINT

Comes now, Plaintiff, **THOMAS MORRISSEY**, Individually, and sues Defendants, **JR INVESTMENTS LLC, JR LAWRENCEVILLE, LLC,** and **STARBUCKS COFFEE COMPANY d/b/a STARBUCK,** for damages and states as follows:

## GENERAL ALLEGATIONS

1.    This is an action for damages which exceeds the sum of **FIFTY THOUSAND DOLLARS ($50,000.00),** exclusive of interest and costs.

2.    That at all times material to this action, the Plaintiff, **THOMAS MORRISSEY** was *sui juris* and a resident of the State of Florida.

3.    That at all times material to this action, the Defendant **STARBUCKS COFFEE COMPANY d/b/a STARBUCKS** (hereafter referred to as "STARBUCKS"), was a for-profit foreign corporation, authorized to do business and was doing business in the State of Florida at 6707 W Newberry Road, Gainesville, Alachua County, Florida.

4.    That at all times material to this action, the Defendant, **STARBUCKS**, was in possession and control of the premises located at 6707 W Newberry Road, Gainesville, Alachua County, Florida and held themselves out to the public as a coffee shop open for business.

5.    That at all times material to this action, the Defendant **JR INVESTMENTS LLC** (hereafter referred to as "JR INVESTMENTS"), was a California limited liability company authorized to do business and was doing business in Gainesville, Alachua County, Florida.

6.    That at all times material to this action, the Defendant, **JR INVESTMENTS**, was in possession and control of the premises located at 6707 W Newberry Road, Gainesville, Alachua County, Florida.

7.    That at all times material to this action, the Defendant **JR LAWRENCEVILLE LLC** (hereafter referred to as "JR LAWRENCEVILLE"), was a Georgia limited liability company authorized to do business and was doing business in the State of Florida.

8.    That at all times material to this action, the Defendant, **JR LAWRENCEVILLE**, was in possession and control of the premises located at 6707 W Newberry Road, Gainesville, Alachua County, Florida.

9.    That on or about October 19, 2022, the Plaintiff, **THOMAS MORRISSEY**, was a customer in the Starbucks coffee shop located at 6707 W Newberry Road, Gainesville, Alachua County, Florida.

10.    That at said time and place, the Plaintiff, **THOMAS MORRISSEY**, while on the Defendants' premises located at 6706 W Newberry Road, Gainesville, Alachua County, Florida, sustained physical injuries when he fell due to his foot tripping over a raised lip of the sidewalk. The subject area was raised approximately one (1) inch from the rest of the sidewalk.

**COUNT I**
**THOMAS MORRISSEY V. STARBUCKS**

COMES NOW the Plaintiff, **THOMAS MORRISSEY**, Individually, and sues Defendant, **STARBUCKS**, for damages and states as follows:

11.     The allegations contained in paragraphs one (1) through ten (10) are re-alleged and incorporated into Count One by reference.

12.     That at said time and place, Defendant, **STARBUCKS**, owed Plaintiff, **THOMAS MORRISSEY**, a duty to warn of dangerous conditions on their premises and a duty to use reasonable care in the operation, maintenance, repair, and inspection of their property.

13.     That Defendant, **STARBUCKS**, breached its duties of care owed to the Plaintiff in the following manner:

  a.     by negligently failing to warn the Plaintiff, **THOMAS MORRISSEY**, of potential hazards and dangers, due to the presence of an approximately one-inch lip in the sidewalk, which created a hazardous condition on the concrete sidewalk outside of the Starbucks store;

  b.     by negligently failing to maintain or adequately maintain the sidewalk where Plaintiff fell, thus creating a hazardous or unreasonably dangerous condition to invitees such as Plaintiff;

  c.     by negligently failing to inspect or adequately inspect the sidewalk where Plaintiff fell;

14.     That Defendant, **STARBUCKS**, knew or should have known of the unsafe condition of the premises located at 6707 W Newberry Road, due to the presence of an approximately one-inch lip in the sidewalk, and said Defendant had notice of this dangerous condition, had sufficient

time to cure said defect, and failed to do so.

15.    As a direct and proximate result of the negligence of **STARBUCKS**, the Plaintiff, **THOMAS MORRISSEY**, while walking outside of the store premises, fell and sustained serious physical injuries due to the uneven concrete surface which created a dangerous condition outside of said store.

16. That as a direct and proximate result of the foresaid accident of October 19, 2022 Plaintiff, **THOMAS MORRISSEY,** has suffered serious bodily injury, including surgery, suffered physical pain therefrom, lost wages, lost the ability to lead a normal life, suffered mental anguish, disability, and has incurred medical expenses for medical services provided to Plaintiff, **THOMAS MORRISSEY**.  Plaintiff's damages are either permanent or continuing in nature and as a result, Plaintiff will suffer such losses and impairment in the future.

**WHEREFORE,** the Plaintiff, **THOMAS MORRISSEY,** Individually, sues the Defendant, **STARBUCKS,** for compensatory damages in excess of the jurisdictional amount of this Court, exclusive of interest and costs, and demands a trial by jury on all issues so triable as of right by jury.

**COUNT II**
**THOMAS MORRISSEY V. JR INVESTMENTS**

COMES NOW the Plaintiff, **THOMAS MORRISSEY,** Individually, and sues Defendant, **JR INVESTMENTS,** for damages and states as follows:

17.    The allegations contained in paragraphs one (1) through ten (10) are re-alleged and incorporated into Count One by reference.

18.    That at said time and place, Defendant, **JR INVESTMENTS,** owed Plaintiff, **THOMAS MORRISSEY,** a duty to warn of dangerous conditions on their premises and a duty to use reasonable care in the operation, maintenance, repair, and inspection of their property.

19. That Defendant, **JR INVESTMENTS**, breached its duties of care owed to the Plaintiff in the following manner:

   a. by negligently failing to warn the Plaintiff, **THOMAS MORRISSEY**, of potential hazards and dangers, due to the presence of an approximately one-inch lip in the sidewalk, which created a hazardous condition on the concrete sidewalk outside of the Starbucks store;

   b. by negligently failing to maintain or adequately maintain the sidewalk where Plaintiff fell, thus creating a hazardous or unreasonably dangerous condition to invitees such as Plaintiff;

   c. by negligently failing to inspect or adequately inspect the sidewalk where Plaintiff fell.

20. That Defendant, **JR INVESTMENTS**, knew or should have known of the unsafe condition of the premises located at 6707 W Newberry Road, due to the presence of an approximately one-inch lip in the sidewalk, and said Defendant had notice of this dangerous condition, had sufficient time to cure said defect, and failed to do so.

21. As a direct and proximate result of the negligence of **JR INVESTMENTS**, the Plaintiff, **THOMAS MORRISSEY**, while walking outside of the store premises, fell and sustained serious physical injuries due to the uneven concrete surface which created a dangerous condition outside of said store.

22. That as a direct and proximate result of the foresaid accident of October 19, 2022 Plaintiff, **THOMAS MORRISSEY**, has suffered serious bodily injury, including surgery, suffered physical pain therefrom, lost wages, lost the ability to lead a normal life, suffered mental anguish, disability, and has incurred medical expenses for medical services provided to Plaintiff, **THOMAS**

**MORRISSEY.** Plaintiff's damages are either permanent or continuing in nature and as a result, Plaintiff will suffer such losses and impairment in the future.

**WHEREFORE,** the Plaintiff, **THOMAS MORRISSEY,** Individually, sues the Defendant, **JR INVESTMENTS,** for compensatory damages in excess of the jurisdictional amount of this Court, exclusive of interest and costs, and demands a trial by jury on all issues so triable as of right by jury.

**COUNT III**
**THOMAS MORRISSEY V. JR LAWRENCEVILLE**

COMES NOW the Plaintiff, **THOMAS MORRISSEY,** Individually, and sues Defendant, **JR LAWRENCEVILLE,** for damages and states as follows:

23. The allegations contained in paragraphs one (1) through ten (10) are re-alleged and incorporated into Count One by reference.

24. That at said time and place, Defendant, **JR LAWRENCEVILLE,** owed Plaintiff, **THOMAS MORRISSEY,** a duty to warn of dangerous conditions on their premises and a duty to use reasonable care in the operation, maintenance, repair, and inspection of their property.

25. That Defendant, **JR LAWRENCEVILLE,** breached its duties of care owed to the Plaintiff in the following manner:

   a.  by negligently failing to warn the Plaintiff, **THOMAS MORRISSEY,** of potential hazards and dangers, due to the presence of an approximately one-inch lip in the sidewalk, which created a hazardous condition on the concrete sidewalk outside of the Starbucks store;

   b.  by negligently failing to maintain or adequately maintain the sidewalk where Plaintiff fell, thus creating a hazardous or unreasonably dangerous condition to invitees such

as Plaintiff;

c.     by negligently failing to inspect or adequately inspect the sidewalk where Plaintiff fell.

26.     That Defendant, **JR LAWRENCEVILLE**, knew or should have known of the unsafe condition of the premises located at 6707 W Newberry Road, due to the presence of an approximately one-inch lip in the sidewalk, and said Defendant had notice of this dangerous condition, had sufficient time to cure said defect, and failed to do so.

27.     As a direct and proximate result of the negligence of **JR LAWRENCEVILLE**, the Plaintiff, **THOMAS MORRISSEY**, while walking outside of the store premises, fell and sustained serious physical injuries due to the uneven concrete surface which created a dangerous condition outside of said store.

28. That as a direct and proximate result of the foresaid accident of October 19, 2022 Plaintiff, **THOMAS MORRISSEY**, has suffered serious bodily injury, including surgery, suffered physical pain therefrom, lost wages, lost the ability to lead a normal life, suffered mental anguish, disability, and has incurred medical expenses for medical services provided to Plaintiff, **THOMAS MORRISSEY**. Plaintiff's damages are either permanent or continuing in nature and as a result, Plaintiff will suffer such losses and impairment in the future.

**WHEREFORE,** the Plaintiff, **THOMAS MORRISSEY**, Individually, sues the Defendant, **JR LAWRENCEVILLE,** for compensatory damages in excess of the jurisdictional amount of this Court, exclusive of interest and costs, and demands a trial by jury on all issues so triable as of right by jury.

Dated this    11th    day of    April    , 2023.

SCHACKOW & MERCADANTE, P.A.

/s/    *MARIE N. BANKS*

**Marie N. Banks, Esquire**
Florida Bar Number: 0113232
**Brian G. Schackow**
Florida Bar Number: 0622877
4545 NW 8th Avenue
Gainesville, Florida 32605
Telephone Number: (352) 371-3000
*Attorneys for Plaintiff*
marie@lawschack.com
brian@lawschack.com

**IN THE CIRCUIT COURT OF FLORIDA**
**EIGHTH JUDICIAL CIRCUIT,**
**IN AND FOR ALACHUA COUNTY, FLORIDA**

**THOMAS MORRISSEY, Individually,**

     **Plaintiff,**

Case No.:01 2023 CA 001493
**vs.**                            Division:

**JR INVESTMENTS LLC,**
**JR LAWRENCEVILLE LLC,** and
**STARBUCKS COFFEE COMPANY d/b/a STARBUCKS**

     **Defendants**

_____/

## <u>CORRECTED SUMMONS</u>

**THE STATE OF FLORIDA:**

     TO EACH SHERIFF OF THE STATE: You are hereby commanded to service this Summons and a copy of this Amended Complaint or Petition in this lawsuit on the below-named Defendant:

     **STARBUCKS COFFEE COMPANY d/b/a STARBUCKS**
     **c/o THE PRENTICE-HALL CORPORATION SYSTEM, INC.**
     **1201 HAYS STREET**
     **TALLAHASSEE, FL 32301**

     Each Defendant is required to serve written defenses to the Amended Complaint on Marie Banks, attorney, whose address is SCHACKOW & MERCADANTE, P.A., 4545 NW 8th Avenue, Gainesville, FL 32605, within twenty (20) days after service of this Summons on that Defendant, exclusive of the day of service, and to file the original defenses with the Clerk of this Court either before service on Plaintiff's attorney or immediately thereafter. If a Defendant fails to do so, a default will be entered against that Defendant for the relief demanded in the Amended Complaint or petition.

WITNESS my hand and seal of this Court this ___12TH___ day of _____OCTOBER_____, 2023.

Alachua County Courthouse
201 E. University Ave
Gainesville, FL 32601

J.K. "JESS" IRBY, Esq.
Clerk of the Circuit Court
By: _____
Deputy Clerk

IN THE CIRCUIT COURT OF FLORIDA
EIGHTH JUDICIAL CIRCUIT,
IN AND FOR ALACHUA COUNTY, FLORIDA

**THOMAS MORRISSEY, Individually,**

      **Plaintiff,**

**vs.**

                                 **Case No.: 2023 CA 001493**
                                 **Division: J**

**JR INVESTMENTS LLC,**
**JR LAWRENCEVILLE LLC, and**
**STARBUCKS COFFEE COMPANY d/b/a STARBUCKS**

      **Defendants**
_____/

## PLAINTIFF'S MOTION TO APPOINT PROCESS SERVER

    **COMES NOW**, Plaintiff, THOMAS MORRISSEY, individually, by and through the

undersigned counsel, pursuant to Rule 1.070 Fla. R. Civ. P., as made applicable herein, and

hereby moves this Honorable Court to constitute and appoint Jared Williams, Nicole Romero or

Rebecca Luna to serve process in the above styled cause. Plaintiff, THOMAS MORRISSEY,

individually, would respectfully show that said Jared Williams, Nicole Romero or Rebecca Luna

is over the age of twenty-one (21) years and is a disinterested party to this action.

## CERTIFICATE OF SERVICE

    **I HEREBY CERTIFY** that on the ___19th___ day of October, 2023 this document was filed
using the Florida Courts E-Filing Portal. This document is being served on all counsel of record
by the Florida Courts E-Filing Portal, pursuant to and in compliance with Fla. R. Jud. Admin.
2.516. The mailing address for opposing counsel is:

                              **SCHACKOW & MERCADANTE, P.A.**

                              _/s/_     _**MARIE N. BANKS**_____
                              **Marie N. Banks, Esquire**
                              Florida Bar Number: 0113232
                              **Brian G. Schackow**
                              Florida Bar Number: 0622877
                              4545 NW 8th Avenue
                              Gainesville, Florida 32605
                              Telephone Number: (352) 371-3000
                              _Attorneys for Plaintiff_
                              marie@lawschack.com
                              brian@lawschack.com

IN THE CIRCUIT COURT OF FLORIDA
EIGHTH JUDICIAL CIRCUIT,
IN AND FOR ALACHUA COUNTY, FLORIDA

THOMAS MORRISSEY, Individually,
      Plaintiff,                    Case No.: 2023 CA 001493
vs.                                    Division: J

JR INVESTMENTS LLC,
JR LAWRENCEVILLE LLC, and
STARBUCKS COFFEE COMPANY d/b/a STARBUCKS
      Defendants
_____/

## ORDER ON PLAINTIFF'S MOTION TO APPOINT PROCESS SERVER

**THIS CAUSE,** having come before the Court on Plaintiff's Motion to Appoint Process

Server, and the Court being otherwise further and fully advised in the premises, it is, therefore,

**ORDERED:**

Plaintiff's Motion to Appoint Process Server, Nicole Romero or Rebecca Luna, is hereby:

GRANTED.

DONE AND ORDERED in Chambers, Alachua County, Florida on this Friday, October
20, 2023.

01-2023-CA-001493 10/20/2023 12:28:01 PM

*Donna Keim*
_____
Donna M. Keim, Circuit Judge
01-2023-CA-001493 10/20/2023 12:28:01 PM

## <u>CERTIFICATE OF SERVICE</u>

I do hereby certify that a true and correct copy of the above has been served to the parties listed below by First Class US Mail or by E-Service on this Friday, October 20, 2023.

MARIE N BANKS, ESQ
marie@lawschack.com
teresa@lawschack.com
brian@lawschack.com

01-2023-CA-001493 10/20/2023 12:43:05 PM

Theresa Hall, Judicial Assistant
01-2023-CA-001493 10/20/2023 12:43:05 PM

IN THE CIRCUIT COURT OF FLORIDA
EIGHTH JUDICIAL CIRCUIT,
IN AND FOR ALACHUA COUNTY, FLORIDA

**THOMAS MORRISSEY, Individually,**

    **Plaintiff,**

                                          **Case No.: 2023 CA 001493**

**vs.**                                            **Division: J**

**JR INVESTMENTS LLC,**
**JR LAWRENCEVILLE LLC, and**
**STARBUCKS COFFEE COMPANY d/b/a STARBUCKS**

    **Defendants**

    _____/

## NOTICE OF FILING RETURN OF SERVICE

    PLEASE TAKE NOTICE, that the Plaintiff's Original Return of Service on the following Defendant has been filed with the Clerk of Court:

**JR LAWRENCEVILLE, LLC**
**c/o FLOYD, SAMMONS & SPANJERS, P.A., registered agents**
**1556 6 ST SE**
**WINTER HAVEN, FL 33880**

Dated this _____8th___ day of _____November____, 2023.

## CERTIFICATE OF SERVICE

    **I HEREBY CERTIFY** that on the 8th day of November, 2023 this document was filed using the Florida Courts E-Filing Portal. This document is being served on all counsel of record by the Florida Courts E-Filing Portal, pursuant to and in compliance with Fla. R. Jud. Admin. 2.516. The mailing address for opposing counsel is:

                            **SCHACKOW & MERCADANTE, P.A.**

                            _/s/_    _MARIE N. BANKS_
                            **Marie N. Banks, Esquire**
                            Florida Bar Number: 0113232
                            **Brian G. Schackow**
                            Florida Bar Number: 0622877
                            4545 NW 8th Avenue
                            Gainesville, Florida 32605
                            Telephone Number: (352) 371-3000
                            _Attorneys for Plaintiff_
                            marie@lawschack.com
                            brian@lawschack.com

# VERIFIED RETURN OF SERVICE

**Client Info:**

Schackow & Mercadante, P.A. - Marie N. Banks, Esq.
4545 NW 8th Avenue
Gainesville, FL 32605

**Case Info:**

| | |
|---|---|
| **PLAINTIFF:** | 8TH JUDICIAL CIRCUIT |
| THOMAST MORRISSEY | |
| -versus- | County of Alachua, Florida |
| **DEFENDANT:** | Court Case # **2023-CA-001493** |
| JR INVESTMENTS LLC, JR LAWRENCEVILLE LLC, AND STARBUCKS | |
| COFFEE COMPANY D/B/A STARBUCKS | |

**Service Info:**

**Received by Stephen Farr: on November, 3rd 2023 at 07:13 AM**
**Service: I Served JR Lawrenceville LLC c/o Floyd, Sammons & Spanjers, P.A. registered agents**
With: **CORRECTED SUMMONS; AMENDED COMPLAINT**
by leaving with **Robert Sammons, PRESIDENT**

**At Business 1556 6TH ST SE WINTER HAVEN, FL 33880**
Latitude: **28.006497**,   Longitude: **-81.718298**

On **11/3/2023** at **11:19 AM**
**Manner of Service: CORPORATE R/A**
F.S. 48.091(1)(2) CORPORATIONS: DESIGNATION OF REGISTERED AGENT

**Served Description:  (Approx)**

Age: **65**, Sex: **Male**, Race: **White-Caucasian**, Height: **5' 10"**, Weight: **210**, Hair: **Gray** Glasses:  **No**

I **Stephen Farr** acknowledge that I am 18 years or older, authorized to serve process, in good standing in the jurisdiction wherein the process was served, and I have no interest in the above action. Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true.

**Stephen Farr**
Lic # **CA 967**

**Accurate Serve of Gainesville**
2603 NW 13th St. #255
Gainesville, FL 32609

Client # G196970
Ref # 65335




1 of 1

IN THE CIRCUIT COURT OF FLORIDA
EIGHTH JUDICIAL CIRCUIT,
IN AND FOR ALACHUA COUNTY, FLORIDA

**THOMAS MORRISSEY, Individually,**

    **Plaintiff,**

**vs.**

**JR INVESTMENTS LLC,**
**JR LAWRENCEVILLE LLC,** and
**STARBUCKS COFFEE COMPANY d/b/a STARBUCKS**

    **Defendants**

    _____/

Case No.:01 **2023 CA 001493**
Division:

### <u>CORRECTED SUMMONS</u>

**THE STATE OF FLORIDA:**

    TO EACH SHERIFF OF THE STATE: You are hereby commanded to service this Summons and a copy of this Amended Complaint or Petition in this lawsuit on the below-named Defendant:

**JR LAWRENCEVILLE, LLC**
**c/o FLOYD, SAMMONS & SPANJERS, P.A., registered agents**
**1556 6 ST SE**
**WINTER HAVEN, FL 33880**

    Each Defendant is required to serve written defenses to the Amended Complaint on Marie Banks, attorney, whose address is SCHACKOW & MERCADANTE, P.A., 4545 NW 8th Avenue, Gainesville, FL 32605, within twenty (20) days after service of this Summons on that Defendant, exclusive of the day of service, and to file the original defenses with the Clerk of this Court either before service on Plaintiff's attorney or immediately thereafter. If a Defendant fails to do so, a default will be entered against that Defendant for the relief demanded in the Amended Complaint or petition.

WITNESS my hand and seal of this Court this ___**12TH** day of __**OCTOBER**_____, 2023.

Alachua County Courthouse
201 E. University Ave
Gainesville, FL 32601

J.K. "JESS" IRBY, Esq.
Clerk of the Circuit Court
By: _____
    Deputy Clerk

IN THE CIRCUIT COURT OF FLORIDA
EIGHTH JUDICIAL CIRCUIT,
IN AND FOR ALACHUA COUNTY, FLORIDA

**THOMAS MORRISSEY, Individually,**

      **Plaintiff,**

**vs.**

                                             **Case No.: 2023 CA 001493**
                                           **Division: J**

**JR INVESTMENTS LLC,**
**JR LAWRENCEVILLE LLC, and**
**STARBUCKS COFFEE COMPANY d/b/a STARBUCKS**

      **Defendants**
      _____/

## NOTICE OF FILING RETURN OF SERVICE

      PLEASE TAKE NOTICE, that the Plaintiff's Original Return of Service on the following Defendant has been filed with the Clerk of Court:

**STARBUCKS COFFEE COMPANY d/b/a STARBUCKS**
**c/o THE PRENTICE-HALL CORPORATION SYSTEM, INC.**
**1201 HAYS STREET**
**TALLAHASSEE, FL 32301**

Dated this _____8th____ day of _____November____, 2023.

## CERTIFICATE OF SERVICE

    **I HEREBY CERTIFY** that on the 8th day of November, 2023 this document was filed using the Florida Courts E-Filing Portal. This document is being served on all counsel of record by the Florida Courts E-Filing Portal, pursuant to and in compliance with Fla. R. Jud. Admin. 2.516. The mailing address for opposing counsel is:

                        **SCHACKOW & MERCADANTE, P.A.**

                        _/s/_    _MARIE N. BANKS_
                        **Marie N. Banks, Esquire**
                        Florida Bar Number: 0113232
                        **Brian G. Schackow**
                        Florida Bar Number: 0622877
                        4545 NW 8th Avenue
                        Gainesville, Florida 32605
                        Telephone Number: (352) 371-3000
                        _Attorneys for Plaintiff_
                        marie@lawschack.com
                        brian@lawschack.com

# VERIFIED RETURN OF SERVICE

Job # G196969

**Client Info:**

Schackow & Mercadante, P.A. - Marie N. Banks, Esq.
4545 NW 8th Avenue
Gainesville, FL  32605

**Case Info:**

| | |
|---|---|
| **PLAINTIFF:** | CIRCUIT COURT |
| THOMAST MORRISSEY | |
| -versus- | County of Alachua, Florida |
| **DEFENDANT:** | Court Case # **2023-CA-001493** |
| JR INVESTMENTS LLC; ET AL. | |

**Service Info:**

**Received by KATHRYN VILLA: on November, 3rd 2023 at 10:29 AM**
**Service:** I Served **Starbucks Coffee Company D/B/A Starbucks c/o The Prentice-Hall Corporation Systems, Inc**
With: **CORRECTED SUMMONS; AMENDED COMPLAINT**
by leaving with **SEBRENA RANDOLPH, AUTHORIZED TO ACCEPT FOR R.A. COMPANY**

**At Business 1201 HAYS STREET TALLAHASSEE, FL 32301**
On **11/3/2023** at **11:21 AM**
**Manner of Service: CORPORATE**
CORPORATE SERVICE: F.S. 48.081 (1)(a)(b)(c)(d), (2) or (3)

I **KATHRYN VILLA** acknowledge that I am 18 years or older, authorized to serve process, in good standing in the jurisdiction wherein the process was served, and I have no interest in the above action. Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true.

_Kathryn Villa_

_____

**KATHRYN VILLA**
Lic # **286**

**Accurate Serve of Gainesville**
2603 NW 13th St. #255
Gainesville, FL 32609

Client # G196969
Ref # T233815




1 of 1

IN THE CIRCUIT COURT OF FLORIDA
EIGHTH JUDICIAL CIRCUIT,
IN AND FOR ALACHUA COUNTY, FLORIDA

**THOMAS MORRISSEY, Individually,**

    **Plaintiff,**

**vs.**

Case No.:**01 2023 CA 001493**
Division:

**JR INVESTMENTS LLC,**
**JR LAWRENCEVILLE LLC, and**
**STARBUCKS COFFEE COMPANY d/b/a STARBUCKS**

    **Defendants**
_____/

### CORRECTED SUMMONS

**THE STATE OF FLORIDA:**

TO EACH SHERIFF OF THE STATE: You are hereby commanded to service this Summons and a copy of this Amended Complaint or Petition in this lawsuit on the below-named Defendant:

**STARBUCKS COFFEE COMPANY d/b/a STARBUCKS**
**c/o THE PRENTICE-HALL CORPORATION SYSTEM, INC.**
**1201 HAYS STREET**
**TALLAHASSEE, FL 32301**

Each Defendant is required to serve written defenses to the Amended Complaint on Marie Banks, attorney, whose address is SCHACKOW & MERCADANTE, P.A., 4545 NW 8th Avenue, Gainesville, FL 32605, within twenty (20) days after service of this Summons on that Defendant, exclusive of the day of service, and to file the original defenses with the Clerk of this Court either before service on Plaintiff's attorney or immediately thereafter. If a Defendant fails to do so, a default will be entered against that Defendant for the relief demanded in the Amended Complaint or petition.

WITNESS my hand and seal of this Court this **12TH** day of **OCTOBER**, 2023.

Alachua County Courthouse
201 E. University Ave
Gainesville, FL 32601

J.K. "JESS" IRBY, Esq.
Clerk of the Circuit Court
By
    Deputy Clerk