IN THE CIRCUIT COURT OF FLORIDA
EIGHTH JUDICIAL CIRCUIT
IN AND FOR ALACHUA COUNTY, FLORIDA

CASE NO.: 2023-CA-001493

THOMAS MORRISSEY,

    Plaintiff,

v.

JR INVESTMENTS, LLC,
JR LAWRENCEVILLE, LLC, and
STARBUCKS COFFEE COMPANY,
d/b/a STARBUCKS,

    Defendants.
_____/

## DEFENDANT STARBUCKS CORPORATION'S
## NOTICE OF FILING NOTICE OF REMOVAL

Defendant Starbucks Corporation, d/b/a Starbucks Coffee Company, through undersigned counsel, hereby gives notice pursuant to 28 U.S.C. § 1446(d) of having filed the attached Notice of Removal (exhibits omitted) with the United States District Court for the Northern District of Florida, Gainesville Division. This Court is relieved of jurisdiction and Defendant requests this Court take no further action in this matter.

                                    **DOUGLAS & DOUGLAS**

        By:    */s/Meagan L. Logan*
                 Meagan L. Logan
                 Florida Bar No.: 18062
                 177 NW Madison Street
                 Lake City, FL 32055
                 (386) 752-5511 telephone
                 Counsel for Defendant

Starbucks Corporation d/b/a Starbucks Coffee Company

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 2nd day of December, 2023, I sent a true and correct copy of the foregoing via the Florida Court's e-filing portal which will serve a copy by electronic mail on the following counsel of record:

Marie N. Banks
Brian G. Schackow
Schackow & Mercadante, P.A.
4545 NW 8th Avenue
Gainesville, FL 32605
marie@lawschack.com
brian@lawschack.com

s/ Meagan L. Logan
Attorney